# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                          )
CONSERVATION LAW FOUNDATION, INC.,        )
et al.,                                   )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )        NO.  06-11295 WGY
                                          )
DEVAL PATRICK et al.,                     )        ORAL ARGUMENT
                                          )        REQUESTED
                    Defendants.           )
_____ )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Deval Patrick, Bernard Cohen, and Luisa Paiewonsky move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.  The grounds for this motion are set forth in more detail in defendants' accompanying Memorandum of Law, and are summarized here:

1.  The complaint is a citizen suit seeks injunctive relief based upon the allegation that the Massachusetts Highway Department ("MassHighway") is violating the Clean Water Act, 33 U.S.C. § 1251 et seq., by discharging storm water from its highways without authorization under the National Pollutant Discharge Elimination System General Permit for Storm Water Discharges from Small Municipal Separate Storm Sewer Systems ("NPDES General Permit for Small MS4s") issued by the United States Environmental Protection Agency ("EPA").

2.  The Clean Water Act prohibits the discharge of pollutants by any person from any point

1

source except when authorized by an NPDES permit.  33 U.S.C. §§ 1311(a), 1342.

3.  Defendants' storm water discharges are authorized by the NPDES General Permit for Small MS4s.  On January 25, 2007, EPA granted MassHighway partial authorization to discharge storm water under the NPDES General Permit for Small MS4s, pending MassHighway's demonstration of compliance with pertinent provisions of the Endangered Species Act, 16 U.S.C. Sec. 1531 et seq.  MassHighway subsequently demonstrated compliance with those provisions, and on April 27, 2007, EPA granted MassHighway full authorization to discharge.

4.  Defendants are therefore entitled to summary judgment.

## CERTIFICATION REQUIRED BY LOCAL RULE 7.1(A)(2)

The undersigned conferred with opposing counsel as required by Local Rule 7.1(A)(2) but was unable to reach agreement.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendants hereby request oral argument of this motion.

WHEREFORE, defendants respectfully request that they be granted summary judgment.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

Attorney for Defendants

____/s/ Deirdre Roney____
Deirdre Roney, BBO No. 652886
Assistant Attorney General
One Ashburton Place - Room 2019
Boston, Massachusetts  02108
(617) 727-2200, Ext. 2093

Date: October 1, 2007

2

I hereby certify that a true copy of this document was served upon counsel for the plaintiffs (Mr. Shelley and Ms. Liebman) by electronic mail on October 1, 2007.

_____/s/ Deirdre Roney_____