UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEVAL PATRICK et al., )<br>)<br>Defendants. ) | NO.  06-11295 WGY |

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56.1, the following facts are undisputed:

1. By letter dated January 25, 2007, the United States Environmental Protection Agency ("EPA") granted the Massachusetts Highway Department ("MassHighway") authorization under the National Pollutant Discharge Elimination System General Permit for Storm Water Discharges from Small Municipal Separate Storm Sewer Systems ("NPDES General Permit for Small MS4s") to discharge storm water and allowable non-storm water except where that system contributed to the Connecticut or Merrimack river mega basins.  EPA stated that in order to receive full authorization to discharge in the Connecticut or Merrimack river mega basins, MassHighway was required to demonstrate satisfaction of pertinent provisions of the Endangered Species Act.  Affidavit of Henry Barbaro dated June 7, 2007, ¶ 2 and Ex. A thereto (previously filed).

2. MassHighway complied with EPA's conditions, and by letter dated April 27, 2007, EPA

granted MassHighway full authorization to discharge storm water and allowable non-storm water from its Small MS4. Affidavit of Henry Barbaro dated June 7, 2007, ¶ 3 and Exhibit B thereto (previously filed).

3. The General NPDES Permit for Small MS4s, available at www.epa.gov/ne/npdes/permits/permit_final_ms4.pdf and attached to Defendants' Motion for Summary Judgment, expressly provides that MassHighway can make changes to its Storm Water Management Plan at any time upon notice to the United States Environmental Protection Agency ("EPA") and the Massachusetts Department of Environmental Protection ("MADEP"), and it also expressly provides that EPA and MADEP may require changes in MassHighway's Storm Water Management Plan as needed. General NPDES Permit, § VD.

    Respectfully submitted,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    Attorney for Defendants

    ____/s/ Deirdre Roney____
    Deirdre Roney, BBO No. 652886
    Assistant Attorney General
    One Ashburton Place - Room 2019
    Boston, Massachusetts 02108
    (617) 727-2200, Ext. 2093

Date: October 1, 2007

I hereby certify that a true copy of this document was served upon counsel for the plaintiffs (Mr. Shelley and Ms. Liebman) by electronic mail on October 1, 2007.

    _____/s/ Deirdre Roney_____