# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

———————————————————————— )
CONSERVATION LAW FOUNDATION, INC., )
et al., )
       )
             Plaintiffs, )
       )
            v. )       NO.  06-11295 WGY
       )
DEVAL PATRICK, et al., )
       )
           Defendants. )
———————————————————————— )

## JOINT LIST OF STIPULATED EXHIBITS AND
## EXHIBITS AS TO WHICH THERE IS NO STIPULATION

**I.  The parties agree that the following exhibits may be admitted without objection**:

    1.  Massachusetts Highway Department ("MassHighway")'s letter to EPA dated July 25, 2003.

    2.  MassHighway's Notice of Intent (NOI) and NPDES Storm Water Management Plan (SWMP) for MassHighway Owned and Operated Highways dated July 28, 2003.

    3.  EPA letter to MassHighway dated February 3, 2004.

    4.  MassHighway Permit Year 1 Annual Report dated April 23, 2004, and cover letter dated April 30, 2004.

    5.  EPA letter to MassHighway dated August 24, 2004.

    6.  MassHighway letter to EPA dated September 28, 2004.

    7.  MassHighway's Revised Notice of Intent (NOI) and NPDES Storm Water Management Plan (SWMP) for MassHighway Owned and Operated Highways

dated February 28, 2005.

8.  MassHighway letter to EPA dated March 28, 2005.

9.  MassHighway Permit Year 2 Annual Report Dated April 28, 2005

10. MassHighway Permit Year 3 Annual report dated April 28, 2006.

11. MassHighway's Snow and Ice Generic Environmental Impact Report dated May

2006.

12. MassHighway Drainage Connection Policy issued June 26, 2006

13. EPA letter to MassHighway dated June 30, 2006.

14. MassHighway letter to EPA dated June 30, 2006.

15. MassHighway letter to U.S. Fish and Wildlife Service dated August 16, 2006.

16. MassHighway letter to National Marine Fisheries Service dated August 16, 2006.

17. MassHighway letter to Massachusetts Historical Commission dated August 16,

2006.

18. MassHighway's Revised Notice of Intent (NOI) and NPDES Storm Water

Management Plan (SWMP) for MassHighway Owned and Operated Highways

dated August 18, 2006.

19. MassHighway letter to EPA dated August 18, 2006.

20. EPA letter to MassHighway dated August 18, 2006.

21. MassHighway letter to EPA dated October 6, 2006.

22.  EPA letter to MassHighway dated October 10, 2006.

23. EPA letter to MassHighway dated November 9, 2006.

24. MassHighway letter to EPA dated November 30, 2006

2

25. MassHighway letter to EPA dated December 1, 2006

26. MassHighway letter to EPA dated December 26, 2006.

27. EPA letter to MassHighway dated January 25, 2006 (should be January 25, 2007).

28. NPDES Phase II Small MS4 General Permit Annual Report, Permit Year 4, with 4/30/07 transmittal letter.

29. EPA letter to MassHighway dated April 27, 2007.

30. MassHighway letter to EPA dated October 26, 2007 with table of responses to public comments.

31. USGS Massachusetts Highway Contaminant Loading Model Study scope of work dated February 13, 2004.

32. EPA Region 1 NPDES General Permit for Small Municipal Storm Sewer Systems in New Hampshire and Massachusetts

33. Environmental Assessment/ Draft Environmental Impact Report for Route 2 Transportation Improvements Project, Fitchburg/Leominster, Massachusetts (EOEA 10599)

34. U.S. Geological Survey Study entitled "Potential Effects of Structural Controls and Street Sweeping and Street Sweeping on Stormwater Pollutant Loads to the Lower Charles River," dated 2002.

35. U.S. Geological Survey and U.S. Department of Interior study entitled "Factors Affecting Reservoir and Stream-Water Quality in the Cambridge, Massachusetts, Drinking Water Source Area and Implications for Source-Water Protection," dated 2002.

3

36. Effectiveness of Three Best Management Practices for Highway Runoff Quality Along the Southeast Expressway, Boston, Mass.  United States Geological Survey July 2002.

37. MassHighway Storm Water Handbook for Bridges and Highways issued May 2004.

38. Biography of Dr. Vladimir Novotny (as disclosed w/ expert report)

39. City of Cambridge Water Department 2002-2003 Source Water Resources Assessment dated March 2005.

40. Map of Charles River Watershed and table of river segments in Charles River watershed contained in Massachusetts DEP Regulations at 314 CMR 4.00

41. Map of Nashua River watershed and table of river segments contained in Massachusetts DEP Regulations at 314 CMR 4.00

42. Effectiveness of Stormwater Best Management Practices Along the Southeast Expressway, Boston, Massachusetts, by Henry Barbaro, Massachusetts Highway Dept., 2001.  Published by U.C. David Road Ecology Center.

43. Map of Source Water Protection Plan:   Cambridge Watershed (City of Cambridge Water Dept. Feb. 4, 2004.  Source:  MassGIS)

II.  **There is no stipulation with respect to the following proposed exhibits**:

A.   MassHighway's Revised NPDES Storm Water Management Plan for MassHighway Owned and Operated Highways, Revision 4, January 2008, with attachments.

B.  MassHighway's Environmental Management System Manual

C.  Final (October 1997) and Supplemental (April 1999) Environmental Impact Reports for the Hobbs Brook and Stony Brook Watersheds, Highway Drainage Improvement Project EOEA # 8263

D.  Construction Plans (2007) for the "Route 95/128 Drainage Mitigation in the City of Weston/Waltham Middlesex County.

E.  MassHighway Catch Basin Accumulation Study: Plan of Study, prepared by ENSR, dated October 2006.

F.  MHD Facility Environmental Handbook, Version 2.0, dated September 2003.

G.  January 23, 2008 letter from EPA Regional Counsel to Deirdre Roney.

H.  April 16, 2004 Memorandum of EAP Director, Office of Wastewater Management

AA  Expert Report of Dr. Vladimir Novotny, dated October 3, 2007

AB  Addendum to Expert Report of Dr. Vladimir Novotny, dated Dec. 4, 2007

AC  Revised Expert Report of Dr. Vladimir Novotny, dated Jan. 31, 2008

AD  Probabilistic distribution of copper concentrations in the Massachusetts highway runoff

AE  Massachusetts (10 CMR 22) standards and federal water quality criteria for salinity and chorides and Federal and Massachusetts (314 CMR 4.05(e)) Water Quality Standards for Cyanides

AF  Summary of CMC Exceedance Probability and Three Year Counts

AG  Summary of CMC Exceedance Probability and Three Year Counts

AH  Range of Metal and Pollutant Concentrations due to salt impurities

AI   Range of Metal and Pollutant Concentrations due to salt impurities (from Revised Expert Report, dated Jan. 31, 2008)

AJ   Concentrations of Metals in highway snowmelt due to salt (from Revised  Expert

Report, dated Jan. 21, 2008)

AK   Sources and Impact of Pollutants in Highway Runoff

AL   Accumulation of Highway pollutant sources during dry period

AM   Conductivity of the tributary to the Hoobs Brook Reservoir Draining
     Highways 128 and 2

AN   Conductivity of the unnamed tributary (WA-17) to the Stony Brook
     downstream of the confluence with Hobbs Brook draining Highways 128 and
     2 (from Revised Expert Report, dated Jan. 31, 2008)

AO   Probability Plot of Copper Concentrations in Highway Runoff and
     Probability Plot of Lead Concentrations in Highway Runoff

AP   Probability Plot of Zinc Concentration in Highway Runoff

AQ   Summary of Exceedance Probabilities (Actual Conditions)

AR   Summary of Exceedance Probabilities (Actual Conditions) (from Revised  Expert
     Report, dated Jan. 31, 2008)

AS   Sensitivity of the Exceendance Probability in percent to the Highway Runoff
     at the Bellingham Site

AT   Sensitivity of the Exceendance Probability in percent to the Highway Runoff
     at the Bellingham Site (from Revised Expert Report, dated Jan. 31, 2008)

AU-BN     Photographs of Roadways and Water Bodies, taken by Dr. Vladimir
          Novotny

BO   Map of Nashua River watershed and table of river segments contained in
     Massachusetts DEP Regulations at 314 CMR 4.00

BP-BY     Photographs of Roadways and Water Bodies, taken by Peter Angelini

BZ   Map of Source Water Protection Plan: Cambridge Watershed

CA   Map of Leominster Land Trust Open Space

CB   Letter from Peter Angelini and Ed Himlan, Leominster Land Trust, to Ann
     Sullivan, MassHighway, dated Aug. 17, 2004

CC   Letter from MassHighway to Leominster Land Trust, dated October 13, 2004

CD   Monoosnoc Brook Rescue Plan

6

CE    Map of Charles River watershed and table of river segments in Charles River watershed contained in Massachusetts DEP Regulations at 314 CMR 4.00

CF    TMDL Lower Charles Nutrients

CG    TMDL Charles River Pathogens

CH    Map: MassHighway District 4 Outfall Locations

CI    Map:  MassHighway District 4 Outfall Locations, showing impaired water bodies

CJ    Map:  MassHighway District 4 Outfall Locations, showing urbanized areas

CK    Charles River Watershed Association Canoe and Kayak Guide

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

Attorney for Defendants

_____/s/ Deirdre Roney_____
Deirdre Roney, BBO No. 652886
Assistant Attorney General
Government Bureau
One Ashburton Place - Room 2019
Boston, Massachusetts   02108
(617) 727-2200, Ext. 2093

Date: February 7, 2008

CONSERVATION LAW FOUNDATION, INC.
CHARLES RIVER WATERSHED ASSOCIATION, INC.
LEOMINSTER LAND TRUST, INC.
BY THEIR ATTORNEY,

/s/ Cynthia E. Liebman
Cynthia E. Liebman BBO# 665528
Conservation Law Foundation Inc.
62 Summer Street
Boston, MA 02110
(617) 350-0990 x744
cliebman@clf.org

7

Dated: February 7, 2008

    I certify that on today's date I served a copy of this motion on counsel through the Court's electronic filing system.

                                 _____/s/ Cynthia E. Liebman_____
                                       Cynthia E. Liebman