**Expert Report No. 1**

**Date:**         February 25, 2010

**From**:         Tom Schueler, Chesapeake Stormwater Network

**Re:**           Review of December 23, 2009 MassDOT Stormwater Management Plan Submittal in the Context of

This report outlines my expert opinion as to technical ability of the BMPs Revised or Added in the December 30 MassDOT Stormwater Management Plan to collectively control the discharge from their system to receiving waters, including TMDL watersheds. To do so, I have extensively reviewed the revised 2009 plan and compared it to its precursors, and reviewed all the technical appendices.  I am being compensated at a rate of $145.00/hour for preparation of this report.

The two specific areas where I focused my review were 1) the revised or added BMPs to the MassHighway stormwater plan, as described in Exhibit A of the defendant's status report filed 1/29/2010, and 2) the entire MassHighway stormwater plan, as resubmitted on December 23, 2009. The objective of my review was to determine if the revised MassHighway plan would lead to the implementation of structural BMPs that would collectively control the discharge of pollutants from their system to TMDL and non-TMDL receiving waters, on a fixed timetable, as called for in the May 30 findings of the United States District Court.

In its January 29, 2010 "Exhibit A", MassHighway presented five new or revised BMPs. I evaluated each of these BMPs according to six technical criteria, as described below:

1. **Is the proposed BMP a new one or has it appeared in prior versions of the MassHighway stormwater plan?** This criteria assesses whether the BMP proposed by MassHighway represents something new in the stormwater plan since the last version before the court (i.e., is it, in fact, materially different from what MassHighway had already committed to in past versions of the plan and/or annual reports).

2. **Is the proposed BMP a structural BMP that could physically reduce pollutant loads from new or existing Mass highway projects?** This criteria addresses the court's finding that the prior stormwater plan "specifically falls short in not including within the plan the structural, as opposed to the programmatic, best management practices that MassHighway intends to use to collectively to control the  discharge of pollutants of concern".

3. **Is there a defined time-table or specific time line by which MassHighway proposes to implement the BMP**? This criteria assesses whether the proposed

BMP meets the "schedule of implementation for all planned controls with respect and in response to, specific total maximum daily loads"

4. **Is the actual implementation of BMP considered elective, optional or discretionary by MassHighway?** This criteria addresses the general question of whether MassHighway has phrased the BMP in a manner such that decision to actually implement (or not implement) structural BMPs is contingent on a future study or model, based on Mass Highway's sole discretion.

5. **Can the actual pollutant reduction by the BMP proposed by MassHighway be measured, modeled or verified?** This criteria assesses whether the BMP proposed by MassHighway can effectively to respond to the court's finding that it " include an approach to measuring the effectiveness of such best management practices, and it must"

6. **Is there evidence that MassHighway has committed funds to implement the BMP?** The last criteria is perhaps the best measure of actual implementation of structural BMPs in the TMDL watersheds in general, and the three sites more specifically -- is any evidence presented in the plan to commit funds to actually build BMP within the five- year time horizon envisioned by the court?

Table 1 summarizes my findings related to how the new and revised BMPs proposed by MassHighway met these criteria, and the ensuing section describes the specific rationale for each individual BMP.

*BMP 6C-1 Highway Maintenance Documentation.* The first BMP deals with documenting highway maintenance compliance. This same BMP has been included in prior annual reports for at least four years, with identical language, with the exception of a single new and ambiguous statement.

> "MassHighway is developing an Asset Management System, which once in place and fully implemented, will allow for the documentation and easy reporting of maintenance activities that have occurred in each permit year".

However, the supporting maintenance schedules and standard operating procedures for highway maintenance activities in the stormwater plan have not changed in more than a decade and do not have any water quality rationale. No details are provided on how the asset management system will track the pollutant reductions achieved by the unchanged highway maintenance practices, nor is there any specific timetable provided as to when the asset system will be completed, apart from a cryptic reference of a measurable goal of "commenting on the progress of Asset Management System". Consequently, as shown in Table 1, the proposed BMP 6C-1 does not meet any of the six criteria for being an effective water quality BMP.

| Table 1: Assessing the Adequacy of the MassHighway New and Revised BMPs | | | | | | |
|---|---|---|---|---|---|---|
| Proposed BMP | Is it a New BMP? | Is it a Structural BMP? | Is there a time-line to do the BMP? | Is the BMP optional? | Can its pollutant removal be measured? | Is there funding to implement? |
| 6C-1 Maintenance Documents | No | No | No | Yes | No | No[1] |
| 7D Environmental Data Form | No | No | No | Yes | No | No |
| 7E Update TMDL table (K1) | No | No | No | Yes | No | No |
| 7R Priority List for TMDL Watershed Review | Yes | No | No | Yes | No | No[2] |
| 7T Review Three Sites (AECOM model) | Yes | No | No | Yes | No | No |

[1] no specific funds or methods are proposed to track the water quality impact of the proposed highway maintenance activities, nor is there any indication of an increased frequency of maintenance above historical baseline.
[2] no specific funds in the watershed review allocated for BMP implementation

*BMP 7D Environmental Data Form.* The next BMP proposed by MassHighway deals with producing an Environmental Data Form (BMP 7D). Once again this is not a new BMP, as it has appeared verbatim in prior MassHighway stormwater plans and annual reports for at least four years. The BMP calls for developing a short form that design contractors must submit to MassHighway indicating the BMPs they intend to use on new highway construction projects for priority discharges to receiving waters on the 303(d) list.

It is surprising that after four years such a short form has yet to be completed. More importantly, the form does not apply to existing MassHighway drainage that discharges to TMDL watersheds or the three sites specifically. Producing a form or checklist that was required under the prior permit is clearly not a new BMP nor does it meet the other five criteria outlined for an effective water quality BMP.

*BMP 7E. Update TMDL Recommendations Table.* The next BMP also deals with recapitulating old paper work, in this case a TMDL Recommendations Summary Table Update (Table K-1 of Appendix K). Once again, this table has been submitted in past

3

annual reports and stormwater plans (as table 3-1), although it has been reformatted and a new column added for "Further Investigation". Upon close inspection, there is virtually no change in the recommended actions within the TMDL watersheds from previous versions of the same table. The MassHighway actions for the TMDL watersheds continue to rely almost exclusively on the use of source controls and eschew the use of structural BMPs, and frequently indicate that no action is needed or must wait until further modeling is performed, as indicated by the following repeated entries in Table K-1.

> "MassHighway believes that the most cost-effective approach to improving stormwater quality is to focus on source control measures, rather than end-of-pipe BMPs. Two important examples including winter road sand application rates and stabilizing shoulder areas that erode onto road surfaces."
>
> "USGS is currently performing a loading study for MassHighway. The loading study is scheduled to be completed by the end of the permit term."
>
> "MassHighway has very limited maintenance budgets and staff; therefore, we feel the cost effectiveness of cleaning catch basins twice per year should be closely evaluated rather than arbitrarily set."
>
> Some water bodies covered by this TMDL do not have BMPs or WLA for stormwater. The watersheds for these water bodies will not be investigated further."

Considering that the revised Table has not materially changed from prior versions and does not meet any of the six criteria evaluated in Table 1, it cannot be considered new or an effective BMP.

*BMP 7R Priority List for Watershed TMDL.* This represents a new BMP to conduct a TMDL watershed review. The Defendant's status report filed on January 29 2010 indicates that portions of a $1.5 million stormwater study will be allocated to this review. Exhibit A also describes a scheme to create a priority list of watersheds where this review is to be undertaken, which is further elaborated on in Table K-2 of the December 23, 2010 stormwater plan.

However, there is less than meets the eye when it comes to this proposed BMP study, as none of the study tasks involve the investigation and design of stormwater retrofits to reduce pollutants of concern. In addition, the process outlined for prioritizing which TMDL watersheds to clean up appears to be more of scheme to significantly trim the number of TMDL watersheds for which MassHighway will ultimately be responsible for actual structural BMP implementation.

For example, of the 70 total TMDLs reviewed in Table K-2, 44 (or 63%) were excluded from further analysis. In addition, the basic screening data needed to make prioritization decisions was not provided in 50% of the TMDL watersheds. Instead these watersheds had already been were taken off the table by simply indicating that MassHighway had not

4

been specifically called out in the TMDL. All of the initial findings or notes in Table K-2 for the few remaining priority watershed are negative or ambiguous with respect to the feasibility of constructing structural BMPs to collectively control the discharge of pollutants of concern.

In addition, MassHighway considers the decision to actually implement BMPs in priority watersheds discretionary based on the results of the USGS model and/or AECOM models, assuming the existing highway drainage functions as if it were a structural BMP. The BMP modeling approach presented in the AECOM report is deeply flawed and has no credible scientific and engineering basis (see Schueler Expert Report No. 2). The manner by which the AECOM models has been formulated has been to consistently(and incorrectly) show that no additional or new structural BMPs are needed to prevent water quality exceedances, and enable MassHighway to evade the requirement to install structural BMPs for the pollutants of concern.

Moreover, the proposed study does not include funds for actual implementation of BMPs and does not have a specific schedule for actual implementation. Consequently, this new BMP proposed by MassHighway does not qualify as an effective water quality BMP based on the five of the six criteria outlined in Table 1.

*BMP 7T Review the Three Sites in the CLF lawsuit*. The last BMP proposed by MassHighway involves the conduct of a modeling study by a consultant at three specific sites that purportedly demonstrates that the existing highway drainage system performs as a BMP, and that no further BMP implementation is needed by MassHighway to prevent water quality exceedances. My conclusion after reviewing the consultant report is that their technical approach to modeling is so fundamentally flawed and biased that it should be rejected out of hand. (see Schueler Expert Report No.2).

As written, the proposed "BMP" clearly states an intention *not to implement* BMPs at the three sites, which is a novel interpretation of the meaning of the word best management practice. Therefore, using the six technical criteria outlined in Table 1, this certainly could not qualify as an effective water quality BMP.

*Lack of an Implementation Schedule*: The lack of commitment to actual BMP implementation by MassHighway is clearly evident in the schedule they provided in Section 5 of the December 23, 2009 stormwater plan which contains no milestones or dates for completion of any of the existing, new or revised BMPs beyond the year 2008. This section has appeared in prior submittals and has not materially changed. The lack of specific dates or milestones appears to be inconsistent with the court's finding for a schedule of implementation and cleanup within a defined five year time span.

*Summary.*

Based on my professional experience, none of the new or revised BMPs proposed by MassHighway in its most recent resubmittal can be considered in any meaningful sense an effective water quality BMP. Together, the five BMPs cannot collectively control the discharge of pollutants from their system, and will not prevent continued water quality exceedances in receiving waters. It is therefore my professional opinion that the most recent MassDOT submittals do not satisfy the court's intentions with respect to plan revisions and compliance with their general Clean Water Act permit, based on my understanding of the May 30 2008 findings and rulings.

Signed and dated this $25^h$ day of February 2008

/s/

Tom Schueler