**Expert Report No.2**

**Date:**         February 28, 2010

**From**:         Tom Schueler, Chesapeake Stormwater Network

**Re:**           Review of Appendix J
              Evaluating Highway Runoff Effect on Receiving Waters at Three Sites in Massachusetts

This report outlines my expert opinion as to the technical basis for the highway runoff modeling contained in the subject report prepared by AECOM, Inc. for MassHighway dated October 2009. I am being compensated at a rate of $145.00/hour for preparation of this report.

The primary question I focused on was whether the technical approach used in this modeling exercise was adequate to draw its conclusions that "MassHighway does not cause the receiving waters to exceed EPA acute toxicity criteria", with a specific emphasis on the methodology to assess the effectiveness of on-site BMPs.

My conclusion is that the technical approach to modeling is so fundamentally flawed and biased that it should be rejected out of hand. While it is not uncommon for experts to have legitimate disagreements about model parameters and technical assumptions when it comes to applying hydrologic and water quality models, it is my professional opinion that the modeling framework presented by AECOM is one of the most egregious examples of "stacking the deck" to arrive a pre-ordained conclusion.

It can be difficult for the court to evaluate the technical basis of sophisticated water quality and hydrology models, given their complexity, statistics, and equations and outputs. It is even more difficult to reconcile the claims of dueling experts about the findings derived from engineering models. In this case, however, I can state without equivocation the old adage of "garbage in equals garbage out" – due to three erroneous and unfounded technical assumptions, the output of the AECOM models cannot be trusted to infer any conclusions or be used as the basis for any stormwater management decisions.

I have tried to describe these three deficiencies as clearly as possible below, without using technical jargon, a lot of numbers or model "speak". However, before I outline the fundamental technical deficiencies of the AECOM models, it is important to outline several simple but important hydrologic and engineering concepts  when it comes to modeling rainfall, managing stormwater runoff and designing stormwater best management practices.

Stormwater runoff is created by rainfall falling  on impervious surfaces and compacted soils along a highway. The depth or rainfall varies from storm to storm and year to year.



**Figure 1.1: Rainfall Frequency Spectrum for Minneapolis-St. Paul Airport, 1971-2000**

To deal with this variability, engineers view rainfall as a spectrum of storm events with a defined probability of recurrence. Figure 1.1 presents an example of the distribution of the depth of rainfall events over time used for the design of water quality BMPs. In a given year, about 90% of all rainfall events are less than 1 inch in depth. This threshold was used by MADEP as the technical basis for defining the volume of runoff that must be treated with water quality BMPs. (MA DEP, 1997). This rainfall depth is multiplied by percent impervious cover and site area to compute the volume needed for water quality treatment, such that 80% of the sediment in runoff is effectively removed. The MA DEP standard is included in the 2006 MassHighway document "Selecting Stormwater Best Management Practices for Highways and Bridges"

Highway engineers are also concerned about larger and more infrequent storm events that could cause flooding and damage their infrastructure. The rainfall depths associated with these extreme storms is also variable, so engineers developed the convention of a design storm that has s statistical chance of recurring once every X numbers of year, expressed as a rainfall depth over a 24 hour period. Design storms can range from the two year design storm (about 2.8 inches) up to the 100 year design storm (about 9 inches in 12 hours).

Highway engineers utilize design storm in hydrologic models to project the increase in peak discharge rate for a given storm event following land development or highway construction. The models produce a hydrograph which expresses the pear rate of runoff over time (an example is shown in Figure 2). As can be seen, the peak rate of discharge can sharply increase after development, as well as the total volume of stormwater runoff (the area under the curve in pink).

2



**Figure 1: Change in Peak Discharge Rate Before and After Development**



Figure 3: Effect of Stormwater Detention on Post Development Peak Discharge Rate

3

These higher peak discharges from extreme storms are the cause of flood damage. Therefore, in order to prevent an increase in flooding, engineers design stormwater detention structures to temporarily detain stormwater only from these extreme storms by constructing flow through a large diameter pipe or other device. The effect of stormwater detention on the peak rare of discharge is shown as the light blue hydrograph shown in Figure 3. The detention structure acts to hold back runoff for a few short minutes or hours so that the pre-development peak discharge rate is maintained.

There are several important points to keep in mind when considering detention structures that are used for peak discharge control. First, they cannot reduce the increase in stormwater runoff volume produced by the large storm event; they merely extend the duration of the flood event a bit longer. Second, these structures provide little or no water quality treatment, since they only work during a few storm events each decade. The rest of the time, runoff from the many smaller rain storms passes through the structure and gets no water quality treatment of any kind (e.g., See Figure 1 for the smaller rain events that include the one-inch rain event used for design of water quality BMPs) . For these reasons, drainage structures used for peak discharge controls to prevent increased flooding are not classified as a water quality BMP by MADEP (1997).

*The AECOM Models:* One more item is needed to understand the technical background for the findings of my review. The AECOM model is really two linked models. The first model I will call the water quality model, and the second I will term the existing BMP model. The water quality model is an accepted if somewhat antiquated model developed by the Federal Highway Administration two decades ago. It predicts the whether the concentration of metals and other pollutants will exceed water quality standards and criteria. While the water quality model lacks the refinements and statistical sophistication of the water quality model described by Dr. Novotny at trial, I will not discuss it further, because the fundamental problem lies with the second model – the existing BMP model.

AECOM uses the existing BMP model to predict the impact the existing highway drainage system has in reducing the peak flow increases from the three –year design storm. If this system of grass channels and detention structures does not increase peak discharge rates above pre-development rates during the three year design storm event, than that area of the existing highway is not considered to discharge stormwater runoff, and is effectively subtracted from further analysis, and used to diminish the flow parameters from the three MassHighway sites that are used in the water quality model.

The practical implication of these changes is that AECOM concludes that two of the three sites do not discharge during the 3 year design storm event, and the third has an inconsequential discharge for that event.  It is no surprise that the water quality model would forecast that the MassHighway sites do not contribute to water quality exceedances, and a small jump from there, that MassHighway does not need to implement new or additional BMPs at any of the three sites.

4

**Why the Existing BMP Model is Fundamentally Flawed.**

The existing BMP model suffers from three fundamental technical flaws as described below:

1. The Three Year Design Storm Event is Inadequate to Assess Water Quality Violations from Highway Runoff

A fundamental technical assumption underlying the AECOM model is that the EPA acute water quality criteria "may not be exceeded for a duration of one hour at a frequency of no more than three years" can be operationally defined in the model by the pollutant concentration produced by the discharge of runoff from the three year storm event. This design storm event is one that recurs once every three years, statistically. In the context of the AECOM model, this storm is produced by 3.3 inches of rainfall.

The three year design storm is a curious invention, as it does not appear in the MassHighway stormwater permit, the MADEP Stormwater Handbook, nor have I seen it used elsewhere by any other state highway or stormwater agency. Indeed, there is no basis in science or engineering for making the linkage between a maximum frequency with which a pollutant can exceed the water quality criteria (i.e., no more than once every three years) with a single large design storm event that produces runoff. As noted in the earlier section, Pollutants are washed off during **every** storm event that exceeds more than 0.1 inches of rainfall and not just during the comparatively rare three year design storm. To put it more clearly, there are typically 120 to 150 storms that discharge pollutants during a three year period, not just a single one.

In common engineering usage, a design storm is solely used for highway drainage design to control the quantity of peak discharge from large flood events and **not** used to design practices to treat the volume of runoff to improve water quality.

2. The Existing Highway Drainage System at the Three Sites Are Not BMPs

The AECOM model classifies most or all of the existing highway drainage system at the three sites as Best Management Practices (BMPs). My analysis of the data presented in Appendix J is that the practices shown are in fact **not** BMPs, but are instead only older drainage structures designed for the express purpose of attenuating the peak discharge rates produced by the highway during large storms to control flooding, ensure stable and non-erosive conveyance of runoff, and protect highway infrastructure from damage. These highway drainage structures cannot be considered BMPs because they:

- Only control the peak discharge during large storm events and allow polluted stormwater runoff to pass through during smaller water quality events with little or no treatment
- Were not explicitly designed to remove pollutants of concern
- Were constructed in a design era that pre-dates the Mass Highway Stormwater Handbook

5

- Are not sized to accept and treat a defined water quality volume
- Lack the internal design features to qualify as BMPs in the MADEP Stormwater Management Handbook and MassHighway Stormwater Handbook for Highways and Bridges.

No responsible engineer would ever assert that these drainage structures currently serve as water quality BMPs, and I will hereafter refer to them in quotation marks to indicate that they are actually not.

These highway structures are excellent candidates for stormwater retrofits that could materially enhance their ability to reduce pollutants of concern. The techniques for retrofitting effective water quality treatment into existing highway drainage systems are well established and are described at considerable length in Schueler (2007). Indeed, my interpretation of the court finding was that retrofitting of the existing highway drainage system at the three sites was an early priority for design and implementation.

In the AECOM model, however, the 20 to 30 year old existing highway drainage system is mathematically re-invented as its own retrofit BMP, obviating the need to do any implementation using modern retrofit techniques.

3. Peak Discharge Control for Floods is Not Equivalent to Water Quality Treatment at the Three Sites.

The third and most important technical error involves the existing "BMP" model. AECOM make the technically unfounded assumption that the effectiveness of the "BMPs" in removing pollutants of concern is fundamentally linked to maintaining the peak rate of discharge for the three year design storm to pre-development levels. They further assert that if the "BMP"s in existing highway drainage system does not exceed the pre-development peak discharge rate for three year design storm, then that entire area draining to them can be excluded from the ensuing water quality model analysis.

This means that the very much smaller area that does not drain any kind of BMPs is accounted for in the water quality model. This trick is the primary reason the AECOM model projects that MassHighway does not cause acute water quality violations at the three sites.

Why is technical assumption so contrary to accepted principles of stormwater quality modeling? First, the existing "BMP" system discharges a greatly increased **volume** of polluted stormwater runoff from the three sites during the three-year peak discharge event which is not effectively treated (see Figure 3). Smaller storm events that are important for water quality flow through these existing detention "BMPs" with no treatment, including the one inch rainfall event used by MA DEP to define effective water quality treatment. Quite simply, the existing "BMPs" are designed only to manage the quantity of stormwater runoff and are not capable of improving water quality. Real BMPs are sized and designed based on the volume of runoff and not its peak discharge. Real BMPs

are sized to capture and treat the runoff volume from a water quality storm, which as noted earlier is about one inch in Massachusetts.

It is not acceptable to infer that highway drainage systems designed to control the peak discharge from large design storm events can reduce runoff volumes or provide water quality treatment during smaller rainfall events. MassHighway's own stormwater design guidance reinforces this point, and does not provide water quality volume credit for any of the existing highway drainage practices and detention practices present at the three sites.

There is absolutely no technical basis that the existing highway "BMPs" can improve water quality, as they do not reduce the increased stormwater volume produced by the highway, nor reduce the concentrations of pollutants entrained in the runoff. Therefore, the central assumption of the AECOM modeling analysis – that the impervious area draining to the "BMP" system can be magically excluded as if it produced absolutely no runoff or pollutant load, is unfounded. Each of these three highway sites continue to deliver increased stormwater pollutant loads to their receiving waters during the three year storm event (and for up to 50 storms a year) with little or no treatment by the highway drainage system.

**Summary**

When properly applied, models can be a useful tool to make cost-effective stormwater management decisions. They can also be inappropriately applied to support a pre-ordained stormwater management decision that no action is needed. The AECOM models, in my professional opinion, are an prominent example of the latter. The bias and misguided technical assumptions underlying the BMP model are so significant that the AECOM model should be rejected out of hand, and not be used to make any conclusions or decisions about the three sites.

In addition, while the forthcoming (an long awaited) USGS highway contaminant model will undoubtedly be a superior tool to conduct the TMDL watershed assessments, it is still subject to manipulation using unfounded technical assumptions about BMP performance. Quite simply, future USGS modeling analysis may arrive at a similar (but incorrect conclusions) if the same BMP analysis methods used by AECOM are still employed. Therefore, it should be incumbent on MassHighway to develop a transparent, peer-reviewed and scientifically credible model to more accurately predict the effect of structural BMPs and retrofits in reducing the delivery of pollutants of concern into the receiving waters of the State

**References:**

MA Department of Environmental protection (MADEP), 1997. Stormwater Management. Volume 2 Stormwater Technical Handbook. MA Office of Coastal Zone Management.

Schueler, T. 2007. Stormwater Retrofits. Manual 3. Small Watershed Restoration Manual Series. Center for Watershed Protection. Ellicott City, MD

**Appendix A Rainfall Statistics for Boston**

| Table 1.2: Rainfall Statistics and Frequency Spectrum Data for Select US Cities | | | | | | | |
|---|---|---|---|---|---|---|---|
| City | Precipitation | | Rainfall event: Depth in inches[1] | | | | |
| | Annual Inches | Days[2] | 50% | 75% | 90%[3] | 95% | 99%[4] |
| Atlanta, GA | 50 | 77 | 0.5 | 0.9 | 1.6 | 2.1 | 3.4 |
| Knoxville, TN | 48 | 85 | 0.4 | 0.7 | 1.2 | 1.5 | 2.4 |
| New York City, NY | 44 | 74 | 0.4 | 0.7 | 1.2 | 1.7 | 2.7 |
| Greensboro, NC | 43 | 73 | -- | -- | 1.6 | -- | 2.7 |
| Boston, MA | 43 | 76 | 0.4 | 0.6 | 1.2 | 1.6 | 2.6 |
| Baltimore, MD | 42 | 71 | 0.4 | 0.8 | 1.2 | 1.6 | 2.5 |
| Buffalo, NY | 41 | 88 | 0.3 | 0.5 | 0.8 | 1.1 | 1.8 |
| Washington, DC | 39 | 67 | 0.4 | 0.8 | 1.2 | 1.7 | 2.4 |
| Columbus, OH | 39 | 79 | 0.3 | 0.6 | 1.0 | 1.3 | 2.1 |
| Kansas City, MO | 38 | 63 | 0.4 | 0.7 | 1.1 | 1.7 | 3.2 |
| Seattle, WA | 37 | 90 | -- | -- | 1.3 | 1.6 | 1.7 |
| Burlington, VT | 36 | 79 | 0.3 | 0.5 | 0.8 | 1.1 | 1.7 |
| Dallas, TX | 35 | 32 | -- | -- | 1.1 | -- | 3.2 |
| Austin, TX | 34 | 49 | -- | -- | 1.4 | -- | 3.2 |
| Minneapolis, MN | 29 | 58 | 0.3 | 0.6 | 1.0 | 1.4 | 2.4 |
| Coeur D'Alene, ID | 26 | 88 | 0.2 | 0.3 | 0.5 | 0.7 | 1.1 |
| Salt Lake City, UT | 17 | 44 | 0.2 | 0.4 | 0.6 | 0.8 | 1.2 |
| Denver, CO | 16 | 37 | -- | -- | 0.7 | -- | -- |
| Los Angeles, CA | 13 | 22 | -- | -- | 1.3 | -- | -- |
| Boise, ID | 12 | 38 | -- | -- | 0.5 | -- | -- |
| Phoenix, AZ | 8 | 29 | -- | -- | 0.8 | -- | 1.1 |
| Las Vegas, NV | 4 | 10 | -- | -- | 0.7 | -- | 0.8 |
| Notes: Dashed lines indicate no data available to compute.<br>1. Excludes rainfall depths of 0.1 inches or less<br>2. Average days per year with measurable precipitation<br>3. The 90% storm is frequently used to define the water quality volume<br>4. The 99% storm is equivalent to the one year storm and is used to define the channel protection volume. | | | | | | | |

**Source:** Schueler, T. 2007. Stormwater Retrofits. Manual 3. Small Watershed Restoration Manual Series. Center for Watershed Protection. Ellicott City, MD.


Signed and dated this 18th day of February 2008


/s/

Tom Schueler