UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION., INC., CHARLES RIVER WATERSHED ASSOCIATION, INC., LEOMINSTER LAND TRUST, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEVAL PATRICK, in his official capacity as Governor of Massachusetts; and JEFFREY B. MULLAN, in his official capacity as Secretary of Transportation and Chief Executive Officer, of Massachusetts Department of Transportation; and LUISA PAIEWONSKY, in her official capacity as Administrator of Massachusetts Department of Transportation, Highway Division<br><br>    Defendants. | CIVIL ACTION<br>NO. 06-11295-WGY |

July 26, 2010

ORDER

Upon review of the parties' submissions in response to the Court's May 11, 2010 Order, this Court approves the June 1, 2010 stormwater mitigation plan submitted by the Massachusetts Department of Transportation, Highway Division ("MassDOT") for the three sites identified in the order with the modifications to which MassDOT agreed in its memorandum in partial opposition [Doc. No. 114]. Accordingly, Conservation Law Foundation's ("CFL") motion for conditional approval [Doc. No. 108] is GRANTED

in part and DENIED in part.

Further, this Court approves the Storm Water Management Plan as revised by MassDOT in response to the Court's May 11, 2010 Order. As MassDOT identifies additional needed BMPs for discharges to impaired waters, however, MassDOT must propose schedules providing for prompt implementation of such measures as expeditiously as possible. This Court accepts the revision of the total number of impaired water bodies as it is based on the new mapping data developed by the United States Geological Survey in cooperation with Environmental Protection Agency ("EPA") in 2009. Accordingly CLF's motion for disapproval [Doc. No. 115] is DENIED.

The parties shall forward a copy of this Order to the EPA.

**SO ORDERED.**

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE