UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>06-11295-WGY</u>

**CONSERVATION LAW FOUNDATION
CHARLES RIVER WATERSHED ASSOC.
LEOMINSTER LAND TRUST,INC.**

Plaintiff

v.

**DEVAL PATRICK
JOHN COGLIANO
LUIS PAIEWONSKY**

Defendant

JUDGMENT

**Pursuant to the Memorandum and Order entered this day, judgment hereby enters for the Defendants.**

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS .**

**Sarah A. Thornton**

**Clerk**

/s/ Elizabeth Smith

**Deputy Clerk**

**April 14, 2011
To: All Counsel**