UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>06-11295-WGY</u>

CONSERVATION LAW FOUNDATION
CHARLES RIVER WATERSHED ASSOC.
LEOMINSTER LAND TRUST, INC.
Plaintiff

v.

DEVAL PATRICK
JOHN COGLIANO
LUIS PAIEWONSKY

Defendant

<u>AMENDED JUDGMENT</u>

Pursuant to the Memorandum and Order entered April 14, 2011, judgment enters for the plaintiffs.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFFS**

**Sarah A. Thornton**
_____
**Clerk**


**/s/ Elizabeth Smith**
_____
**Deputy Clerk**

April 26, 2011
To: All Counsel