# EXHIBIT A

**EXHIBIT A: HOURLY FEES OF CONSERVATION LAW FOUNDATION**

**TOTAL HOURS SUMMARY, MassHighway case: May 2010 – May 2011**

| Name | Position | Task Breakdown | Hours | Rate | Subtotal |
|------|----------|----------------|-------|------|----------|
| Christopher Kilian | Senior Attorney | | | | |
| | | Time on Fees Motions | 58.5 | $310 | $18,135.00 |
| | | Time on Other Aspects of Case | 32.5 | $310 | $10,075.00 |
| | | **Subtotal** | **91** | **$310** | **$28,210.00** |
| | | | | | |
| Cynthia Liebman | Staff Attorney | | | | |
| | | Time on Fees Motions | 54.37 | $175 | $9,514.75 |
| | | Time on Other Aspects of Case | 173.01 | $175 | $30,276.75 |
| | | **Subtotal** | **227.38** | **$175** | **$39,791.50** |
| | | | | | |
| Wendy Miller | Volunteer Attorney | | | | |
| | | Time on Fees Motions | 7.58 | $175 | $1,326.50 |
| | | Time on Other Aspects of Case | 64.25 | $175 | $11,243.75 |
| | | **Subtotal** | **71.83** | **$175** | **$12,570.25** |
| | | | | | |
| | | **TOTAL** | **390.21** | | **$80,571.75** |

**HOUR DETAILS**

**Chris Kilian, Senior Attorney & Director**

| Subject | Date | Start Time | End Time | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD strategy meeting | 5/18/2010 | 1:30 PM | 3:00 PM | 1:30 | 1.50 | | |
| Talk with Cynthia re MHD consultants | 5/20/2010 | 1:00 PM | 1:45 PM | 0:45 | 0.75 | | |
| Talk with Cynthia re MHD | 5/28/2010 | 1:00 PM | 2:30 PM | 1:30 | 1.50 | | |
| MHD call with Cynthia re: strategy for June 1 filing | 5/28/2010 | 5:00 PM | 5:45 PM | 0:45 | 0.75 | | |
| MHD team Call to discuss fees petition material | 6/1/2010 | 10:00 AM | 11:30 AM | 1:30 | 1.50 | 1.50 | |
| MHD team call | 6/2/2010 | 10:00 AM | 11:00 AM | 1:00 | 1.00 | | |
| MHD call - CLF & AG's office re impaired water | 6/4/2010 | 1:00 PM | 2:00 PM | 1:00 | 1.00 | | |
| MHD Team Call | 6/14/2010 | 12:30 PM | 2:00 PM | 1:30 | 1.50 | | |
| MHD - Tom Schueler re: impaired waters review/retrofit plan | 6/15/2010 | 1:00 PM | 2:00 PM | 1:00 | 1.00 | | |
| MHD- Fee Petition Review, motion Review, emails | 6/24/2010 | 12:30 PM | 2:30 PM | 2:00 | 2.00 | 2.00 | |
| MHD Fee Petition | 6/28/2010 | 8:30 AM | 2:30 PM | 6:00 | 6.00 | 6.00 | |
| MHD Fee Petition | 6/29/2010 | 8:30 AM | 2:30 PM | 6:00 | 6.00 | 6.00 | |
| MHD Fee Petition | 7/2/2010 | 10:00 AM | 11:00 AM | 1:00 | 1.00 | 1.00 | |
| MHD Team Call Re: Fee Petition | 7/2/2010 | 11:00 AM | 12:30 PM | 1:30 | 1.50 | 1.50 | |
| MHD discussion of volunteers atty time | 7/2/2010 | 2:00 PM | 3:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD Fee Petition-- Law Firm Affidavits, Time Record REview, compare email | 7/7/2010 | 11:00 AM | 11:30 AM | 0:30 | 0.50 | 0.50 | |
| MHD -- Rate Framework Development, Kilian Affidavit Development | 7/7/2010 | 12:00 PM | 3:30 PM | 3:30 | 3.50 | 3.50 | |
| MHD Fee Petition -- kilian Affidavit, Prepare Time records with Yan, Expense | 7/8/2010 | 9:00 AM | 12:30 PM | 3:30 | 3.50 | 3.50 | |
| MHD Fee Petition Filing Deadline | 7/9/2010 | 8:00 AM | 8:30 AM | 0:30 | 0.50 | 0.50 | |
| MHD -- Fee Petition -- Kilian Affidavit, LAw Firm Affidavits, Review work prod | 7/9/2010 | 9:00 AM | 6:00 PM | 9:00 | 9.00 | 9.00 | |
| MHD -- Fee Recovery Materials -- Review docs, finalize expense records, edit | 7/12/2010 | 9:00 AM | 6:00 PM | 9:00 | 9.00 | 9.00 | |
| MHD -- Meeting with Henry Weisburg at S&S Re: Fee Petition | 7/14/2010 | 5:00 PM | 5:30 PM | 0:30 | 0.50 | 0.50 | |
| MHD- Court Order Review, Emails to Litigation Team | 7/21/2010 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | | |
| MHD -- Review Court Order, Emails in Response | 7/26/2010 | 3:00 PM | 5:00 PM | 2:00 | 2.00 | | |
| MHD- Schueler Call Discussion | 8/27/2010 | 10:00 AM | 11:00 AM | 1:00 | 1.00 | | |
| MHD -- Review Materials for Discussion | 9/20/2010 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | | |
| MHD -- Review Fee Recovery Response Materials, Emails | 10/21/2010 | 4:00 PM | 5:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD--Fee Briefing Materials Review and Analysis; Emails | 11/4/2010 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD--Emails and Review/Response re: Fee Materials | 11/5/2010 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD -- Phone Call re: motion for entry of judgement; review materials/prep | 11/15/2010 | 2:00 PM | 3:00 PM | 1:00 | 1.00 | | |
| MHD Team Call-- Motion for Judgement | 11/30/2010 | 1:00 PM | 2:30 PM | 1:30 | 1.50 | | |
| MHD -- Review materials for call; motion for judgement/enforcement issues | 12/13/2010 | 3:00 PM | 3:30 PM | 0:30 | 0.50 | | |
| MHD Team Call -- Motion for Judgement, Negotiation Strategy | 12/14/2010 | 11:00 AM | 12:30 PM | 1:30 | 1.50 | | |

**Chris Kilian, Senior Attorney & Director**

| Subject | Date | Start Time | End Time | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD -- Review Strategy and Emails | 12/15/2010 | 11:00 AM | 11:30 AM | 0:30 | 0.50 | | |
| MHD Team Call | 12/21/2010 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | | |
| MHD Team Call | 12/28/2010 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | | |
| MHD -- Call with Tom Schueler re MHD impaired waters | 1/4/2011 | 2:00 PM | 3:00 PM | 1:00 | 1.00 | | |
| MHD Team Call -- Review Proposed Joint Motion | 1/4/2011 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | | |
| MHD - call with Tori Kim and Al Caldarelli | 1/5/2011 | 2:00 PM | 3:00 PM | 1:00 | 1.00 | | |
| MHD Team Call | 1/11/2011 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | | |
| MHD - Update Email Review | 1/25/2011 | 3:00 PM | 3:30 PM | 0:30 | 0.50 | | |
| MHD Team Call | 2/1/2011 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | | |
| MHD Team Call | 2/8/2011 | 12:15 PM | 12:45 PM | 0:30 | 0.50 | | |
| MHD--EPA Meeting, Review, Update | 2/17/2011 | 11:00 AM | 1:30 PM | 2:30 | 2.50 | | |
| MHD -- Review Brief and Expert Reports | 2/25/2011 | 10:00 AM | 10:30 AM | 0:30 | 0.50 | | |
| MHD--Fee Award Review/Analysis | 3/7/2011 | 9:00 AM | 10:00 AM | 1:00 | 1.00 | 1.00 | |
| MHD - Review Court Order, Emails | 3/16/2011 | 11:00 AM | 12:00 PM | 1:00 | 1.00 | | |
| MHD -- Discussions Re: Affidavits and Court Order | 3/17/2011 | 2:00 PM | 2:30 PM | 0:30 | 0.50 | | |
| MHD Team Call re Motion to Alter/Amend | 3/24/2011 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | | |
| MHD Team call re Judgment briefing and fees | 4/11/2011 | 2:00 PM | 3:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD Team call -- Discussion Regarding Judgement/ Final Fee Petition | 4/14/2011 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD Team call re atty fees petition | 4/20/2011 | 1:00 PM | 2:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD--Fee Petition Prep. | 4/22/2011 | 9:00 AM | 2:00 PM | 5:00 | 5.00 | 5.00 | |
| MHD -- Fee Recovery Materials compilation | 4/25/2011 | 3:00 PM | 4:00 PM | 1:00 | 1.00 | 1.00 | |
| | | | **TOTAL HOURS** | **91:00** | **91.00** | **58.50** | **32.50** |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| Consolidate tasks post status conference, follow up with Wendy re MHD | 5/12/2010 | 12:00:00 PM | 12:40:00 PM | 0:40 | 0.67 | | |
| MHD team call | 5/12/2010 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| mhd emails | 5/17/2010 | 12:00:00 PM | 12:42:00 PM | 0:42 | 0.70 | | |
| meeting with EPA re MassHighway case | 5/18/2010 | 10:00:00 AM | 12:30:00 PM | 2:30 | 2.50 | | |
| MHD fees spreadsheet | 5/18/2010 | 8:00:00 AM | 8:30:00 AM | 0:30 | 0.50 | | |
| Chris re mhd strategy (with Wendy) | 5/18/2010 | 1:30:00 PM | 3:00:00 PM | 1:30 | 1.50 | | |
| MHD followup | 5/18/2010 | 3:00:00 PM | 3:15:00 PM | 0:15 | 0.25 | | |
| MHD followup - email to wendy, Schueler | 5/18/2010 | 4:00:00 PM | 4:30:00 PM | 0:30 | 0.50 | | |
| MHD - research stormwater experts, call contact @ BAC | 5/18/2010 | 4:30:00 PM | 5:15:00 PM | 0:45 | 0.75 | | |
| rev mhd capital plan | 5/19/2010 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | | |
| MHD - opposing counsel 0.8 | 5/19/2010 | 2:30:00 PM | 2:48 PM | 0:48 | 0.80 | | |
| MHd team coordination for tomorrow/ updates | 5/19/2010 | 4:30:00 PM | 5:00:00 PM | 0:30 | 0.50 | | |
| mhd research | 5/19/2010 | 12:30:00 PM | 1:00:00 PM | 0:30 | 0.50 | | |
| MHD - call with consulting firm re expert assistance | 5/19/2010 | 4:00:00 PM | 4:30:00 PM | 0:30 | 0.50 | | |
| Prep for EPA/DOT meeting | 5/20/2010 | 9:30:00 AM | 10:00:00 AM | 0:30 | 0.50 | | |
| meeting with EPA and MassDOT re MassHighway case | 5/20/2010 | 10:00:00 AM | 12:30:00 PM | 2:30 | 2.50 | | |
| TC with Chris re: MHD consultants .3, epa and mh nego .4 | 5/20/2010 | 1:00:00 PM | 1:42 PM | 0:42 | 0.70 | | |
| Prepare and transmit MHD research assignment to intern MH (TMDL review) | 5/24/2010 | 10:30:00 AM | 11:30:00 AM | 1:00 | 1.00 | | |
| MHD - prep for meeting with EPA and DOT | 5/24/2010 | 1:30:00 PM | 2:30:00 PM | 1:00 | 1.00 | | |
| Call with consultant Joe Oliveria re MHD & transmit materials | 5/24/2010 | 5:00:00 PM | 5:18:00 PM | 0:18 | 0.30 | | |
| Prep for MHD meeting - review TMDLs, site plans, legal analysis | 5/25/2010 | 9:30:00 AM | 10:30:00 AM | 1:00 | 1.00 | | |
| MHD - review tasks list, send materials to consultants, team members, opposing counsel in preparation for meeting | 5/25/2010 | 5:00:00 PM | 7:30:00 PM | 2:30 | 2.50 | | |
| MHD - Meeting with Joseph Oliveira | 5/25/2010 | 10:30:00 AM | 11:30:00 AM | 1:00 | 1.00 | | |
| Meeting with EPA R1 and MassDOT | 5/25/2010 | 11:30:00 AM | 1:30:00 PM | 2:00 | 2.00 | | |
| MHD Call with Joe Oliveira re: 3 sites evaluation | 5/26/2010 | 1:00:00 PM | 1:30:00 PM | 0:30 | 0.50 | | |
| Email correspondence re: MHD case/ read/respond | 5/26/2010 | 1:30:00 PM | 2:00:00 PM | 0:30 | 0.50 | | |
| MHD - Call with Tori Kim, Bill Hicks, Henry Barbaro | 5/27/2010 | 1:00:00 PM | 2:00:00 PM | 1:00 | 1.00 | | |
| Review MHD expert work product | 5/28/2010 | 8:00:00 AM | 8:30:00 AM | 0:30 | 0.50 | | |
| TC with Chris K re: MHD | 5/28/2010 | 1:00:00 PM | 2:30:00 PM | 1:30 | 1.50 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD call with Chris K re: strategy for June 1 filing/ possible implementation schedule/injunctive relief outcomes | 5/28/2010 | 5:00:00 PM | 5:40:00 PM | 0:40 | 0.67 | | |
| Review notes from meetings & calls with MHD, pull key points for team update | 5/28/2010 | 10:30:00 AM | 11:30:00 AM | 1:00 | 1.00 | | |
| CLF/consulting firm Call re: DOT 3 sites | 5/28/2010 | 12:00:00 PM | 1:00:00 PM | 1:00 | 1.00 | | |
| Call with opposing counsel re: MHD 3 site proposal | 5/28/2010 | 4:00:00 PM | 5:00:00 PM | 1:00 | 1.00 | | |
| MHD - TMDL review - review intern MH's work product | 5/28/2010 | 6:00:00 PM | 6:30:00 PM | 0:30 | 0.50 | | |
| MHD - research potential new experts, emails to potential experts, confer with Chris via email | 5/28/2010 | 2:30:00 PM | 3:30:00 PM | 1:00 | 1.00 | | |
| MHD case team emails, confirm MHD meeting time | 6/1/2010 | 8:00:00 AM | 8:30:00 AM | 0:30 | 0.50 | | |
| Review MHD filing | 6/1/2010 | 4:30:00 PM | 5:06:00 PM | 0:36 | 0.60 | | |
| Review DOT filing, review and forward to team,  confirm call for tomorrow | 6/1/2010 | 6:00:00 PM | 6:45:00 PM | 0:45 | 0.75 | | |
| Evaluate DOT proposal, draft response filing | 6/1/2010 | 7:30:00 PM | 8:00:00 PM | 0:30 | 0.50 | | |
| Draft response to DOT filing | 6/2/2010 | 8:30:00 AM | 9:10:00 AM | 0:40 | 0.67 | | |
| MHD filing draft | 6/2/2010 | 1:00:00 PM | 2:00:00 PM | 1:00 | 1.00 | | |
| MHD - review VHB Sumary report, AECOM Dec. 2009 report and Novotny Report - assess modeling legitimacy | 6/2/2010 | 3:30:00 PM | 7:00:00 PM | 3:30 | 3.50 | | |
| MHD team call | 6/2/2010 | 10:00:00 AM | 11:00:00 AM | 1:00 | 1.00 | | |
| DOT -review MHD submission and Schueler analysis | 6/3/2010 | 4:30:00 PM | 6:30:00 PM | 2:00 | 2.00 | | |
| MHD call - CLF & AG's office re impaired water | 6/4/2010 | 1:00:00 PM | 2:00:00 PM | 1:00 | 1.00 | | |
| DOT Filing | 6/7/2010 | 5:00:00 PM | 5:30:00 PM | 0:30 | 0.50 | | |
| MHD - draft briefs for June 7 filing | 6/7/2010 | 6:00:00 AM | 8:00:00 AM | 2:00 | 2.00 | | |
| call with Tom Schueler re MHD expert report | 6/7/2010 | 8:30:00 AM | 9:00:00 AM | 0:30 | 0.50 | | |
| Call with CRWA re mhd | 6/7/2010 | 12:00:00 PM | 12:40:00 PM | 0:40 | 0.67 | | |
| Chris re mhd- wetlands | 6/7/2010 | 12:30:00 PM | 12:40:00 PM | 0:10 | 0.17 | | |
| Revise and file MHD documents with court | 6/7/2010 | 2:00:00 PM | 5:00:00 PM | 3:00 | 3.00 | | |
| Review DOT filing and circulate prposed responses to team on 3 sites, impaired waters | 6/8/2010 | 6:00:00 PM | 8:00:00 PM | 2:00 | 2.00 | | |
| call w Chris re MHD fees work plan -.2 | 6/8/2010 | 2:00:00 PM | 2:12:00 PM | 0:12 | 0.20 | | |
| Review DOT's June 8 Impaired Waters FIling and draft response strategy | 6/9/2010 | 12:30:00 PM | 2:30:00 PM | 2:00 | 2.00 | | |
| DOT filing - Motion for Addl Time to Respond | 6/10/2010 | 12:00:00 PM | 2:00:00 PM | 2:00 | 2.00 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| schedule MHD team call & set agenda 0.2 | 6/10/2010 | 2:00:00 PM | 2:12:00 PM | 0:12 | 0.20 | | |
| MHD Team Call | 6/14/2010 | 12:30:00 PM | 2:00:00 PM | 1:30 | 1.50 | | |
| MHD - Tom Schueler re: impaired waters review/retrofit plan | 6/15/2010 | 1:00:00 PM | 2:00:00 PM | 1:00 | 1.00 | | |
| MHD followup on impaired water plan | 6/15/2010 | 2:00:00 PM | 2:30:00 PM | 0:30 | 0.50 | | |
| MHD 0.4 Compile CLF fees documentation | 6/16/2010 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | 0.50 | |
| MHD - 1.0 review and compile hours documentation, forward to yan for fees petition | 6/16/2010 | 2:00:00 PM | 3:00:00 PM | 1:00 | 1.00 | | |
| DOT case - call with EPA  0.1 | 6/17/2010 | 6:00:00 PM | 6:06:00 PM | 0:06 | 0.10 | | |
| emails to EPA and DOT re: impaired waters filing, setting up calls 0.2 | 6/17/2010 | 6:00:00 PM | 6:30:00 PM | 0:30 | 0.50 | | |
| MHD fees petition - compile CLF staff/intern hours and review Yan's spreadsheet | 6/17/2010 | 2:30:00 PM | 4:00:00 PM | 1:30 | 1.50 | 1.50 | |
| MHD call CLF and Shearman and Sterling | 6/18/2010 | 2:00:00 PM | 3:12:00 PM | 1:12 | 1.20 | | |
| Call with EPA re: DOT impaired waters proposal | 6/18/2010 | 3:00:00 PM | 4:30:00 PM | 1:30 | 1.50 | | |
| Compile MHD attorneys fees and costs documentation records | 6/18/2010 | 5:00:00 PM | 9:00:00 PM | 4:00 | 4.00 | 4.00 | |
| Liebman, Padilla Call with DOT - Tori Kim and Bill Hicks | 6/22/2010 | 1:00:00 PM | 1:30:00 PM | 0:30 | 0.50 | | |
| MHD team call (discuss impaired waters response, pre-meet for DOT call, discuss fees ) | 6/22/2010 | 12:30:00 PM | 12:45:00 PM | 0:15 | 0.25 | | |
| MHD - review impaired waters filing, draft response | 6/22/2010 | 2:00:00 PM | 2:30:00 PM | 0:30 | 0.50 | | |
| MHD Impaired Waters Response | 6/23/2010 | 12:30:00 PM | 1:00:00 PM | 0:30 | 0.50 | | |
| Review MHD filing, draft impaired waters response | 6/23/2010 | 10:00:00 AM | 12:00:00 PM | 2:00 | 2.00 | | |
| MHD Compile fees material for interns, assistants | 6/23/2010 | 3:00:00 PM | 4:30:00 PM | 1:30 | 1.50 | 1.50 | |
| Draft MHD filing | 6/24/2010 | 9:00:00 AM | 11:30:00 AM | 2:30 | 2.50 | | |
| MHD - call w Tom Schueler re expert report | 6/24/2010 | 8:30:00 AM | 8:36:00 AM | 0:06 | 0.10 | | |
| Compile MHD fees material - Liebman hours, gather docs for interns, L Kelly ,Razmino | 6/24/2010 | 11:30:00 AM | 12:45:00 PM | 1:15 | 1.25 | 1.25 | |
| MHD - draft and file impaired waters response | 6/24/2010 | 4:00:00 PM | 6:00:00 PM | 2:00 | 2.00 | | |
| Draft Response to MHD Impaired Waters submission | 6/24/2010 | 1:00:00 PM | 3:00:00 PM | 2:00 | 2.00 | | |
| MHD - compile and finalize fees documentation for filing | 6/24/2010 | 6:00:00 PM | 7:30:00 PM | 1:30 | 1.50 | 1.50 | |
| MHD Fees petition - edit Memorandum, gather attachments and finalize, redact, upload to ECF | 7/12/2010 | 10:30:00 AM | 7:30:00 PM | 9:00 | 9.00 | 9.00 | |
| MHD - filing issue - correct Padilla decl and courtesy copies | 7/13/2010 | 10:05:00 AM | 10:15:00 AM | 0:10 | 0.17 | 0.17 | |
| MHD - ret call from Tori Kim re: her time to respond to motion | 7/19/2010 | 2:00:00 PM | 2:30:00 PM | 0:30 | 0.50 | 0.50 | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD - review docket and attys fees motion in re extension request 0.4, draft email to team with recommendations 0.4 | 7/19/2010 | 5:15:00 PM | 6:00:00 PM | 0:45 | 0.75 | 0.75 | |
| MHD Attys fees - respond to AGs office re extension 0.1, emails to team 0.2 | 7/20/2010 | 1:42:00 PM | 2:00:00 PM | 0:18 | 0.30 | 0.30 | |
| MHD - review of court order | 7/27/2010 | 2:00:00 PM | 2:30:00 PM | 0:30 | 0.50 | | |
| DOT - call w Tom Schueler re O&M plan | 8/23/2010 | 3:45:00 PM | 4:00:00 PM | 0:15 | 0.25 | | |
| CL/WM Call re: DOT affidavit attachment | 9/15/2010 | 9:12:00 AM | 9:18:00 AM | 0:06 | 0.10 | | |
| MHD - draft email to team re: agenda items for call tomorrow 0.7 | 9/20/2010 | 1:06:00 PM | 1:48:00 PM | 0:42 | 0.70 | | |
| Prep for MHD team call | 9/20/2010 | 6:30:00 PM | 7:48:00 PM | 1:18 | 1.30 | | |
| Prep for MHD team call: Review case filings and status 0.9 Draft email to team with agenda and memos on key issues 0.4 | 9/21/2010 | 10:48:00 AM | 11:00:00 AM | 0:12 | 0.20 | | |
| MHD team call followup tasks: Forward docs to wendy re construction 0.1 Review research on injunctive relief, draft email to Owen 0.2 Review FRCP, timeframes 0.2 | 9/21/2010 | 12:00:00 PM | 12:30:00 PM | 0:30 | 0.50 | | |
| MHD case:  review case law on attys fees from S&S | 9/22/2010 | 10:00:00 AM | 10:12:00 AM | 0:12 | 0.20 | 0.20 | |
| Draft email to MHD case team on new construction activities | 9/22/2010 | 12:30:00 PM | 12:45:00 PM | 0:15 | 0.25 | | |
| Call with JP and OR re: MHD case | 9/22/2010 | 3:30:00 PM | 4:00:00 PM | 0:30 | 0.50 | | |
| MHD - review notes from call with opp counsel, draft email to team with recommendations fees/judgment issues | 9/23/2010 | 8:00:00 PM | 9:00:00 PM | 1:00 | 1.00 | | |
| CL/WAM re: MHD case | 9/28/2010 | 12:00:00 PM | 12:12:00 PM | 0:12 | 0.20 | | |
| Prep for MHD team call - review outline for response to Fees opposition | 10/12/2010 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | 0.50 | |
| Call with Wendy Miller re: MHD fees response content - review MHD order obligations | 10/14/2010 | 11:36:00 AM | 11:50:00 AM | 0:14 | 0.23 | 0.23 | |
| MHD - case law research for attys fees response | 10/19/2010 | 12:00:00 PM | 12:12:00 PM | 0:12 | 0.20 | 0.20 | |
| MHD case law research - fees response brief | 10/19/2010 | 12:30:00 PM | 1:00:00 PM | 0:30 | 0.50 | 0.50 | |
| MHD - WM/CL mtg re edits to Fees Reply | 10/26/2010 | 9:30:00 AM | 10:00:00 AM | 0:30 | 0.50 | 0.50 | |
| MHD fees response - case law research and edits to brief | 10/26/2010 | 3:00:00 PM | 3:42:00 PM | 0:42 | 0.70 | 0.70 | |
| MHD attys fees reply brief - review/edit/draft | 11/1/2010 | 10:30:00 AM | 12:05:00 PM | 1:35 | 1.58 | 1.58 | |
| MHD team call re reply brief to fees opp - 0.7 | 11/2/2010 | 11:00:00 AM | 11:42:00 AM | 0:42 | 0.70 | 0.70 | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| Wendy/CL MHD call re: preliminary statement and sections of fees reply 0.2 | 11/2/2010 | 10:48:00 AM | 11:00:00 AM | 0:12 | 0.20 | 0.20 | |
| Edits to MHD Fees Reply brief | 11/2/2010 | 7:30:00 AM | 8:30:00 AM | 1:00 | 1.00 | 1.00 | |
| Review email from Wendy re: fee recovery affidavit - MHD | 11/2/2010 | 1:48:00 PM | 2:00:00 PM | 0:12 | 0.20 | 0.20 | |
| CL/WM conf call re MHD reply brief/aff | 11/3/2010 | 1:00:00 PM | 1:18:00 PM | 0:18 | 0.30 | 0.30 | |
| MHD reply brief - case law research and edits | 11/3/2010 | 1:30:00 PM | 2:30:00 PM | 1:00 | 1.00 | 1.00 | |
| CL/OR call re MHD fees response brief | 11/3/2010 | 2:30:00 PM | 3:00:00 PM | 0:30 | 0.50 | 0.50 | |
| MHD fees reply brief edits | 11/4/2010 | 3:00:00 PM | 5:00:00 PM | 2:00 | 2.00 | 2.00 | |
| return call to Tori Kim re MHD case status/judgment issue | 11/8/2010 | 12:45:00 PM | 1:00:00 PM | 0:15 | 0.25 | | |
| MHD - review and update case files | 11/8/2010 | 10:00:00 AM | 10:30:00 AM | 0:30 | 0.50 | | |
| call with Wendy Miller re: scheduling/work on MHD case | 11/8/2010 | 12:30:00 PM | 12:45:00 PM | 0:15 | 0.25 | | |
| Prep for MHD call - review MHD's filings and SWMP timelines | 11/9/2010 | 10:45:00 AM | 11:00:00 AM | 0:15 | 0.25 | | |
| email to MHD case team updating on motion for Judgment status and making recommendations | 11/15/2010 | 7:00:00 PM | 7:30:00 PM | 0:30 | 0.50 | | |
| MHD - call with CK, JP, OR, WM re motion for entry of judgment | 11/15/2010 | 2:15:00 PM | 3:00:00 PM | 0:45 | 0.75 | | |
| MHD - call with Tori Kim. Discuss Motion for Judgment proposed by Defs. | 11/15/2010 | 6:15:00 PM | 6:45:00 PM | 0:30 | 0.50 | | |
| Review MHD case notes and filings re Defs Motion for Judgment conferral | 11/15/2010 | 1:48:00 PM | 2:03:00 PM | 0:15 | 0.25 | | |
| MHD Team Call re motion for entry of Judgment | 11/23/2010 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| set up MHD records review at EPA | 11/29/2010 | 8:30:00 AM | 8:42:00 AM | 0:12 | 0.20 | | |
| Review MHD reports at EPA | 11/29/2010 | 3:00:00 PM | 3:30:00 PM | 0:30 | 0.50 | | |
| Review MHD Quarter 1 Report | 11/29/2010 | 6:00:00 PM | 7:30:00 PM | 1:30 | 1.50 | | |
| MHD Team Call | 11/30/2010 | 1:00:00 PM | 2:30:00 PM | 1:30 | 1.50 | | |
| Review MHD Quarter 1 report on impaired waters | 11/30/2010 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| Research/prep for MHD call- Westlaw research on judgment 0.3 Review notes from calls with opposing counsel 0.2 | 11/30/2010 | 12:30:00 PM | 1:00:00 PM | 0:30 | 0.50 | | |
| Conf Call with MHD counsel re motion for judgment | 11/30/2010 | 4:00:00 PM | 4:48:00 PM | 0:48 | 0.80 | | |
| Review notes from MHD call and circulate | 11/30/2010 | 5:00:00 PM | 5:30:00 PM | 0:30 | 0.50 | | |
| MHD - assess impaired waters report compliance with legal reqs. | 12/3/2010 | 10:00:00 AM | 11:30:00 AM | 1:30 | 1.50 | | |
| MHD Team Call re possible joint motion for Judgment/Order | 12/9/2010 | 12:00:00 PM | 1:00:00 PM | 1:00 | 1.00 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD - call with CRWA re: MHD's impaired waters submission and motion for Judgment | 12/13/2010 | 12:30:00 PM | 1:12:00 PM | 0:42 | 0.70 | | |
| MHD motion for judgment --- call with Wendy Miller re status of motion for judgment 0.1 email to chris re same 0.1 edits to motion for judgment/order/opinion 0.2 corresp with CRWA re motion 0.1 corresp with EPA re scheduling meeting to discuss impaired waters submissions 0.1 | 12/13/2010 | 10:30:00 AM | 11:10:00 AM | 0:40 | 0.67 | | |
| MHD case-- call with Chris Kilian re motion 0.2 Edits to motion 0.2 Write email to team re: outstanding issues 0.3 | 12/14/2010 | 3:00:00 PM | 3:45:00 PM | 0:45 | 0.75 | | |
| CL/WM meeting to Prep for EPA meeting re MHD impaired waters | 12/16/2010 | 12:00:00 PM | 1:30:00 PM | 1:30 | 1.50 | | |
| EPA meeting re: MHD | 12/16/2010 | 1:30:00 PM | 3:00:00 PM | 1:30 | 1.50 | | |
| Report back to team from EPA mtg/next steps on MHD | 12/16/2010 | 4:00:00 PM | 4:30:00 PM | 0:30 | 0.50 | | |
| MHD Team Call re: motion for judgment | 12/21/2010 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| Prep for MHD team call - review notes on impaired waters plan and motion | 12/21/2010 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | | |
| MHD Team Call re proposed judgment and impaired waters expert evalutation | 1/4/2011 | 3:00:00 PM | 4:30:00 PM | 1:30 | 1.50 | | |
| Call with Tom Schueler re MHD impaired waters | 1/4/2011 | 2:00:00 PM | 3:00:00 PM | 1:00 | 1.00 | | |
| MHD - call with Tori Kim and Al Caldarelli | 1/5/2011 | 2:00:00 PM | 2:15:00 PM | 0:15 | 0.25 | | |
| Outline Response to MHD Motion for Judgment (call w Wendy) | 1/5/2011 | 2:15:00 PM | 2:45:00 PM | 0:30 | 0.50 | | |
| Call with Kate B. @ CRWA and Wendy Miller re MHD aff | 1/6/2011 | 12:00:00 PM | 12:45:00 PM | 0:45 | 0.75 | | |
| MHD case: email to consultant 0.2 | 1/6/2011 | 2:00:00 PM | 2:12:00 PM | 0:12 | 0.20 | | |
| MHD - draft response to Defs motion for Judgment | 1/7/2011 | 1:00:00 PM | 2:15:00 PM | 1:15 | 1.25 | | |
| MHD Team Call | 1/11/2011 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| MHD motion: Review internal memo evaluating DOT's impaired water evals 0.2 Call to CWRA re their assessmsnt 0.2 Contact Tom Schueler 0.1 | 1/11/2011 | 3:00:00 PM | 3:30:00 PM | 0:30 | 0.50 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD - review CRWA report on impaired waters plan | 1/21/2011 | 7:30:00 AM | 7:42:00 AM | 0:12 | 0.20 | | |
| MHD Team Call | 1/25/2011 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| call w Tom Schueler re MHD impaired waters report | 1/25/2011 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | | |
| call with Tom Schueler re MHD impaired waters submissions (cont'd) | 1/25/2011 | 4:30:00 PM | 5:30:00 PM | 1:00 | 1.00 | | |
| Review MHD motions | 1/25/2011 | 1:15:00 PM | 1:57:00 PM | 0:42 | 0.70 | | |
| email update to CK re MHD case | 1/25/2011 | 12:30:00 PM | 12:48:00 PM | 0:18 | 0.30 | | |
| CL/WM call re edits to MHD response to Motion for Judgment | 1/26/2011 | 11:36:00 AM | 12:06:00 PM | 0:30 | 0.50 | | |
| Review Schueler report - MHD motion for Judgment | 1/31/2011 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | | |
| MHD Team Call | 2/1/2011 | 11:00:00 AM | 12:00:00 PM | 1:00 | 1.00 | | |
| CL call with Tom Schueler re MHD impaired waters expert rept | 2/2/2011 | 3:00:00 PM | 3:36:00 PM | 0:36 | 0.60 | | |
| MHD Motion - check with court clerk as to status | 2/3/2011 | 10:30:00 AM | 10:36:00 AM | 0:06 | 0.10 | | |
| File MHD Motion for addl time to resp to Mot Judgment | 2/3/2011 | 7:00:00 AM | 7:30:00 AM | 0:30 | 0.50 | | |
| MHD response to Mot for Judgment | 2/3/2011 | 12:00:00 PM | 1:00:00 PM | 1:00 | 1.00 | | |
| MHD Response to Mot for Judgment | 2/4/2011 | 1:30:00 PM | 2:00:00 PM | 0:30 | 0.50 | | |
| MHD - response to Motion for Judgment: Call with KB – 0.3 Email exchange with WAM – 0.2 Call with Wendy – 0.3 Review Schueler report – 0.1 Discuss motion content – 0.1 | 2/4/2011 | 2:00:00 PM | 3:30:00 PM | 1:30 | 1.50 | | |
| MHD - review/edit correspondence to EPA re impaired waters | 2/4/2011 | 3:30:00 PM | 4:00:00 PM | 0:30 | 0.50 | | |
| MHD case plan for week - draft and email to WM | 2/7/2011 | 10:30:00 AM | 10:48:00 AM | 0:18 | 0.30 | | |
| MHD Response to Mot Judgmt/impaired waters- review KB Declaration | 2/7/2011 | 12:30:00 PM | 1:30:00 PM | 1:00 | 1.00 | | |
| Call with KB re MHD Declaration | 2/7/11 | 1:30 PM | 1:40 PM | 0:10 | 0.17 | | |
| MHD motion edits | 2/7/2011 | 7:00:00 PM | 7:30:00 PM | 0:30 | 0.50 | | |
| MHD Team Call | 2/8/11 | 12:15 PM | 12:45 PM | 0:30 | 0.50 | | |
| MHD - legal research for resp to Motion for Judgment | 2/8/11 | 5:00 PM | 7:00 PM | 2:00 | 2.00 | | |
| Schedule meeting with EPA re MassHighway | 2/9/2011 | 4:30:00 PM | 4:42:00 PM | 0:12 | 0.20 | | |
| MHD Impaired waters letter to EPA - draft/edit | 2/10/2011 | 3:30:00 PM | 4:00:00 PM | 0:30 | 0.50 | | |
| MHD - edit WAM letter to EPA re impaired waters deficiencies | 2/14/2011 | 9:30:00 AM | 10:00:00 AM | 0:30 | 0.50 | | |
| MHD - edit WAM letter to EPA re impaired wtrs deficiencies | 2/14/2011 | 11:00:00 AM | 12:30:00 PM | 1:30 | 1.50 | | |
| CL/WM prep for EPA meeting re MHD and walk over | 2/17/2011 | 10:30:00 AM | 11:00:00 AM | 0:30 | 0.50 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| Meeting with EPA re MHD impaired waters | 2/17/2011 | 11:00:00 AM | 1:30:00 PM | 2:30 | 2.50 | | |
| CL/WM confer re MHD motion for Judgment response | 2/17/2011 | 1:30:00 PM | 1:36:00 PM | 0:06 | 0.10 | | |
| Call with T Schueler re declaration for MHD case | 2/23/2011 | 11:00:00 AM | 11:18:00 AM | 0:18 | 0.30 | | |
| Draft/edit MHD opp to Mot Judgment | 2/23/2011 | 5:30:00 PM | 6:30:00 PM | 1:00 | 1.00 | | |
| Draft/edit MHD opp to Mot Judgment | 2/23/2011 | 8:00:00 PM | 10:00:00 PM | 2:00 | 2.00 | | |
| Work on MHD Response to Mot Judgment (drafting/editing) | 2/24/2011 | 9:00:00 AM | 2:30:00 PM | 5:30 | 5.50 | | |
| CL/Margaret Vandeusen re MHD opposition - Bowditch Aff | 2/24/2011 | 2:30:00 PM | 3:12:00 PM | 0:42 | 0.70 | | |
| CL/Owen Russel re MHD Mem opp Judgment | 2/24/2011 | 3:00:00 PM | 3:30:00 PM | 0:30 | 0.50 | | |
| Draft/Edit MHD Response to Judgment Motion | 2/24/2011 | 5:30:00 PM | 6:30:00 PM | 1:00 | 1.00 | | |
| Draft/Edit MHD Response to Mot Judgment | 2/25/2011 | 7:00:00 AM | 3:00:00 PM | 8:00 | 8.00 | | |
| MHD - Draft/edit response to Mot Judgment | 2/25/2011 | 4:00:00 PM | 5:30:00 PM | 1:30 | 1.50 | | |
| MHD - file Opposition to Mot Judgment | 2/25/2011 | 5:30:00 PM | 6:00:00 PM | 0:30 | 0.50 | | |
| MHD - call with CRWA re motion and next steps | 2/28/2011 | 10:30:00 AM | 11:30:00 AM | 1:00 | 1.00 | | |
| T Schueler re MHD impaired waters/ EPA | 2/28/2011 | 11:30:00 AM | 12:00:00 PM | 0:30 | 0.50 | | |
| MHD - corresp with opposing counsel re extension | 3/2/2011 | 6:00:00 PM | 6:06:00 PM | 0:06 | 0.10 | | |
| Respond to Tori Kim request re extension (MHD Case)  CL / OR conf call 0.2 Check rules/calendar 0.2 Resp to Tori 0.1 | 3/3/2011 | 3:30:00 PM | 4:00:00 PM | 0:30 | 0.50 | | |
| MHD -resp to Tori Kim re Rule 7.1 consultation issue | 3/4/2011 | 2:00:00 PM | 2:12:00 PM | 0:12 | 0.20 | | |
| MHD Team Call re Fees Opinion | 3/7/2011 | 11:00:00 AM | 11:30:00 AM | 0:30 | 0.50 | 0.50 | |
| MHD - review attys fees opinion & internal emails | 3/7/2011 | 12:00:00 PM | 12:12:00 PM | 0:12 | 0.20 | 0.20 | |
| Conf call re: MassDOT fees opinion debrief | 3/8/2011 | 3:00:00 PM | 4:00:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD - research fees award appeal std and route | 3/8/2011 | 1:12:00 PM | 1:30:00 PM | 0:18 | 0.30 | 0.30 | |
| MHD Fees Opinion - review opinion and appeal std to advise client | 3/8/2011 | 2:00:00 PM | 3:00:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD case update to managing atty of CLF MA office | 3/10/2011 | 1:30:00 PM | 2:00:00 PM | 0:30 | 0.50 | | |
| Team call re MHD fees and judgment | 3/15/11 | 11:00 AM | 11:20 AM | 0:20 | 0.33 | 0.33 | |
| Update to CLF board re MHD fees and case status | 3/16/2011 | 2:45:00 PM | 3:15:00 PM | 0:30 | 0.50 | 0.50 | |
| MHD - research on Motion to Alter or Amend / appeal | 3/17/2011 | 10:00:00 AM | 12:30:00 PM | 2:30 | 2.50 | | |
| MHD - Research on Rule 59(e) motion/ appeal | 3/17/2011 | 4:00:00 PM | 5:30:00 PM | 1:30 | 1.50 | | |
| MHD - research law on 59e motion, draft memo | 3/22/2011 | 11:00:00 AM | 2:00:00 PM | 3:00 | 3.00 | | |
| MHD 59e motion research | 3/23/2011 | 5:00:00 PM | 6:00:00 PM | 1:00 | 1.00 | | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD Team Call re Motion to Alter/Amend | 3/24/2011 | 3:00:00 PM | 4:00:00 PM | 1:00 | 1.00 | | |
| MHD - call with Tori Kim re status of case | 4/5/2011 | 5:00:00 PM | 5:15:00 PM | 0:15 | 0.25 | | |
| CL/ EPA call re MHD case status | 4/5/2011 | 2:00:00 PM | 2:20:00 PM | 0:20 | 0.33 | | |
| MHD - Email to case team re status of briefing and fees 0.2, set up mtg 0.1 | 4/6/2011 | 1:00:00 PM | 1:18:00 PM | 0:18 | 0.30 | 0.20 | |
| MHD - review their filing of today | 4/6/2011 | 5:50:00 PM | 6:30:00 PM | 0:40 | 0.67 | | |
| Call with AG's office re MHD reply brief schedule | 4/7/2011 | 10:18:00 AM | 10:33:00 AM | 0:15 | 0.25 | | |
| Call with Wendy Miller re MHD (0.1) | 4/7/2011 | 10:00:00 AM | 10:06:00 AM | 0:06 | 0.10 | | |
| MHD fees - review fees collection numbers, obtain internal documentation to fwd to AG's office | 4/8/2011 | 4:30:00 PM | 5:30:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD - review Defendants' filing, draft motion for leave to reply + add'l time | 4/10/2011 | 11:30:00 AM | 3:00:00 PM | 3:30 | 3.50 | | |
| MHD Team call re Judgment briefing and fees | 4/11/2011 | 2:00:00 PM | 3:00:00 PM | 1:00 | 1.00 | | |
| Review MHD Response Brief materials | 4/11/2011 | 6:00:00 PM | 6:30:00 PM | 0:30 | 0.50 | | |
| Review MHD filing/file Leave for Reply Motion | 4/12/2011 | 8:00:00 AM | 9:00:00 AM | 1:00 | 1.00 | | |
| MHD - internal communication re denial of sur-reply | 4/13/2011 | 3:00:00 PM | 3:24:00 PM | 0:24 | 0.40 | | |
| MHD - forward filing to EPA/update on case status | 4/13/2011 | 3:24:00 PM | 3:36:00 PM | 0:12 | 0.20 | | |
| MHD Team call re final fees petition | 4/14/2011 | 3:00:00 PM | 3:45:00 PM | 0:45 | 0.75 | 0.75 | |
| CL/Owen Russel re MHD Motion to alter Judgment | 4/14/2011 | 3:45:00 PM | 4:00:00 PM | 0:15 | 0.25 | | |
| Return Press calls on MHD Decision | 4/14/2011 | 4:00:00 PM | 4:30:00 PM | 0:30 | 0.50 | | |
| MHD draft motion 59(e) amend judgment | 4/15/2011 | 9:30:00 AM | 11:30:00 AM | 2:00 | 2.00 | | |
| Call with Tori Kim re MHD - correcting judgment | 4/15/2011 | 2:00:00 PM | 2:15:00 PM | 0:15 | 0.25 | | |
| MHD team call re fees petition | 4/20/11 | 1:00:00 PM | 2:00:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD - Review time entries for final fees petition | 4/22/11 | 4:30:00 PM | 5:30:00 PM | 1:00 | 1.00 | 1.00 | |
| MHD - Review time entries for final fees petition | 4/22/11 | 4:00:00 PM | 4:30:00 PM | 0:30 | 0.50 | 0.50 | |
| MHD - Review time entries for final fees petition | 4/29/11 | 2:00:00 PM | 3:00:00 PM | 1:00 | 1.00 | 1.00 | |
| Review supporting documentation for MHD - fees petition (Kilian/ Miller) | 5/2/11 | 10:30 AM | 11:30 AM | 1:00 | 1.00 | 1.00 | |
| MHD - Review time entries for final fees petition | 5/2/11 | 11:30 AM | 3:00 PM | 3:30 | 3.50 | 3.50 | |
| Email corresp with Yan Au re documentation summary and exhibits - MHD fees | 5/2/11 | 3:30 PM | 3:48 PM | 0:18 | 0.30 | 0.30 | |
| Research for  MHD fees Memorandum | 5/2/11 | 4:30 PM | 6:00 PM | 2:30 | 2.50 | 2.50 | |

**Cynthia Liebman, Staff Attorney**

| Subject | StartDate | StartTime | EndTime | Duration (Hrs:Min) | Duration (decimal hours) | Time on Attys Fees | Time on Other Aspects of Case |
|---|---|---|---|---|---|---|---|
| MHD fees petition supporting docs - review, email exchange with Yan Au | 5/2/11 | 12:30 PM | 12:54 PM | 0:24 | 0.40 | 0.40 | |
| MHD fees petition - review Kilian documentation/decl | 5/3/11 | 4:30 PM | 5:12 PM | 0:42 | 0.70 | 0.70 | |
| MHD fees - draft/edit Memorandum | 5/3/11 | 2:30 PM | 3:24 PM | 0:54 | 0.90 | 0.90 | |
| Emails with WM, CK and YA to finalize documentation and declarations for MHD fees petition | 5/4/11 | 11:30 AM | 12:00 PM | 0:30 | 0.50 | 0.50 | |
| Edits/drafting on Memorandum in support of final MHD fees petition | 5/4/11 | 12:00 PM | 4:00 PM | 4:00 | 4.00 | 4.00 | |
| MHD - edits to Fees petition | 5/5/11 | 1:00 PM | 1:12 PM | 0:12 | 0.20 | 0.20 | |
| **TOTAL HOURS** | | | | **227:23** | 227.38 | 54.57 | 173.01 |