**EXHIBIT 1: SUMMARY OF MASSDOT PROPOSAL**

| Plaintiffs' Requests | CLF Request | S&S Request | Plaintiffs Total |
|---|---|---|---|
| Attorneys' Fees | 80,571.75 | 0.00 | 80,571.75 |
| Expert Fees | 1,062.00 | 10,005.00 | 11,067.00 |
| Other Costs | 3.53 | 13,854.25 | 13,857.78 |
|  |  | **Total** | 105,496.53 |

| MassDOT Proposal | Fees for Interim Fee Application (if awarded) | Fees for Post-Trial Monitoring (if awarded) | Total |
|---|---|---|---|
| Attorneys' Fees | 10,738.26 | 7,119.75 | 17,858.01 |
| Expert Fees | 0.00 | 0.00 | 0.00 |
| Other Costs | 0.00 | 0.00 | 0.00 |
| **Total** | 10,738.26 | 7,119.75 | 17,858.01 |

**Hourly Rates**

| Timekeeper | Position | Hourly Rates Requested by Plaintiffs | Hourly Rate (2/3) for Non-Core Work |
|---|---|---|---|
| Chris Kilian | Senior Attorney | $310 | $207 |
| Cynthia Liebman | Staff Attorney | $175 | $117 |
| Wendy Miller | Volunteer Attorney | $175 | $117 |

**MassDOT Proposed Deductions (CLF Total)**

|  | Hours | Total Fees Requested by CLF | Total Fees Proposed by MassDOT |
|---|---|---|---|
| Total Requested Hours | 390.21 | 80,571.75 |  |
| Hours for Monitoring | 269.76 | 51,595.50 |  |
| Hours for All Fee Applications | 120.45 | 28,976.25 |  |
| Proposed Hours for Interim Fee App (if awarded) | 66.78 |  | 10,738.26 |
| Proposed Hours for Monitoring (if awarded) | 39.72 |  | 7,119.75 |

**MassDOT Proposed Deductions (By CLF Timekeeper)**

|  | Hours | Hourly Rate | Total Fees Proposed by MassDOT |
|---|---|---|---|
| **Chris Kilian** |  |  |  |
| Total Requested Hours | 91 |  |  |
| Hours for Monitoring | 32.5 |  |  |
| Hours for All Fee Applications | 58.5 |  |  |
| Proposed Hours for Interim Fee App (if awarded) | 32.5 | 207 | 6,727.50 |
| Proposed Hours for Monitoring (if awarded) | 1.25 | 310 | 387.50 |
|  | **Hours** | **Hourly Rate** | **Total Fees Proposed by MassDOT** |
| **Cynthia Liebman** |  |  |  |
| Total Requested Hours | 227.38 |  |  |
| Hours for Monitoring | 173.01 |  |  |
| Hours for All Fee Applications | 54.37 |  |  |
| Proposed Hours for Interim Fee App (if awarded) | 27.03 | 117 | 3,162.51 |
| Proposed Hours for Monitoring (if awarded) | 33.3 | 175 | 5,827.50 |
|  |  |  |  |

|  | Hours | Hourly Rate | Total Fees Proposed by MassDOT |
|---|---:|---:|---:|
| **Wendy Miller** | | | |
| Total Requested Hours | 227.38 | | |
|    Hours for Monitoring | 64.25 | | |
|    Hours for All Fee Applications | 7.58 | | |
| Proposed Hours for Interim Fee App (if awarded) | 7.25 | 117 | 848.25 |
| Proposed Hours for Monitoring (if awarded) | 5.17 | 175 | 904.75 |