**EXHIBIT 2:  PROPOSED HOURS FOR INTERIM FEE APPLICATION**

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 6/24/2010 | Chris Kilian | MHD - Fee Petition Review, motion Review, emails | 2 | 0 |
| 6/28/2010 | Chris Kilian | MHD Fee Petition | 6 | 0 |
| 6/29/2010 | Chris Kilian | MHD Fee Petition | 6 | 0 |
| 7/2/2010 | Chris Kilian | MHD Fee Petition | 1 | 0 |
| 7/2/2010 | Chris Kilian | MHD discussion of volunteers atty time | 1 | 0 |
| 6/1/10 - 11/5/10 | Chris Kilian | Remaining hours for preparation of interim fee application | 32.5 | 32.5 |
| 3/7/2011 | Chris Kilian | MHD - Fee Award Review / Analysis | 1 | 0 |
| 3/16/2011* | Chris Kilian | MHD - Review Court Order, Emails | 1 | 0 |
| 3/17/2011* | Chris Kilian | MHD - Discussion re: affidavits and court order | 0.5 | 0 |
| 3/24/2011* | Chris Kilian | MHD Team Call re Motion to Alter/Amend | 1 | 0 |
| | | **Total** | 52 | 32.5 |

*Though not categorized as such in Doc. No. 162-1, these entries appear related to the interim fee petition.

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 6/17/2010 | Cynthia Liebman | MHD fees petition - compile CLF staff/intern hours and review Yan's spreadsheet | 1.5 | 0 |
| 6/23/2010 | Cynthia Liebman | MHD Compile fees material for interns, assistants | 1.5 | 0 |
| 6/24/2010 | Cynthia Liebman | Compile MHD fees material - Liebman hours, gather docs for interns, L Kelly, Razmino | 1.25 | 0 |
| 6/16/10- 11/4/10 | Cynthia Liebman | Remaining hours for preparation of interim fee application | 27.03 | 27.03 |
| 3/7/2011 | Cynthia Liebman | MHD Team Call re Fees Opinion | 0.5 | 0 |
| 3/7/2011 | Cynthia Liebman | MHD - review attys fees opinion & internal emails | 0.2 | 0 |
| 3/8/2011 | Cynthia Liebman | Conf call re: MassDOT fees opinion debrief | 1 | 0 |

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 3/8/2011 | Cynthia Liebman | MHD - research fees award appeal std and route | 0.3 | 0 |
| 3/8/2011 | Cynthia Liebman | MHD Fees Opinion - review opinion and appeal std to advise client | 1 | 0 |
| 3/15/2011 | Cynthia Liebman | Team call re MHD fees and judgment | 0.33 | 0 |
| 3/16/2011 | Cynthia Liebman | Update to CLF Board re MHD fees and case status | 0.5 | 0 |
| 3/17/2011* | Cynthia Liebman | MHD - research on Motion to Alter or Amend/appeal | 2.5 | 0 |
| 3/17/2011* | Cynthia Liebman | MHD - Research on Rule 59(e) motion/appeal | 1.5 | 0 |
| 3/22/2011* | Cynthia Liebman | MHD - research law on 59e motion, draft memo | 3 | 0 |
| 3/23/2011* | Cynthia Liebman | MHD 59e motion research | 1 | 0 |
| 3/24/2011* | Cynthia Liebman | MHD Team Call re Motion to Alter/Amend | 1 | 0 |
| | | | 44.11 | 27.03 |

*Though not categorized as such in Doc. No. 162-1, these entries appear related to the interim fee petition.

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 10/20/10-10/26/10 | Wendy Miller | Preparation of interim fee application | 7.25 | 7.25 |
| 3/15/2011 | Wendy Miller | MassDOT team conf. call re: appealability of fee award; disc. Re: proced. for enforcement and Rule 69 | 0.33 | 0 |
| | | | 7.58 | 7.25 |