**EXHIBIT 3:  PROPOSED HOURS FOR POST-MAY 2010 MONITORING**

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 6/4/2010 | Chris Kilian | MHD Call - CLF & AG's office re impaired waters | 1 | 1 |
| 1/5/2011 | Chris Kilian | MHD - call with Tori Kim and Al Caldarelli | 1 | 0.25 |
| | | **Total** | 2 | 1.25 |

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 5/19/2010 | Cynthia Liebman | MHD - opposing counsel | 0.8 | 0.8 |
| 5/20/2010 | Cynthia Liebman | Prep for EPA/DOT meeting | 0.5 | 0.5 |
| 5/20/2010 | Cynthia Liebman | Meeting with EPA and MassDOT re MassHighway case | 2.5 | 2.5 |
| 5/24/2010 | Cynthia Liebman | MHD - prep for meeting with EPA and DOT | 1 | 1 |
| 5/25/2010 | Cynthia Liebman | Prep for MHD meeting - review TMDLs, site plans, legal analysis | 1 | 1 |
| 5/25/2010 | Cynthia Liebman | MHD - review tasks list, send materials to consultants, team members, opposing counsel in preparation for meeting | 2.5 | 2.5 |
| 5/25/2010 | Cynthia Liebman | Meeting with EPA R1 and MassDOT | 2 | 2 |
| 5/27/2010 | Cynthia Liebman | MHD - Call with Tori Kim, Bill Hicks, Henry Barbaro | 1 | 1 |
| 5/28/2010 | Cynthia Liebman | Call with opposing counsel re MHD 3 site proposal | 1 | 1 |
| 6/1/2010 | Cynthia Liebman | Review MHD filing | 0.6 | 0.6 |
| 6/1/2010 | Cynthia Liebman | Review DOT filing, review and forward to team, confirm call for tomorrow | 0.75 | 0.75 |
| 6/1/2010 | Cynthia Liebman | Evaluate DOT proposal, draft response filing (block billed) | 0.5 | 0.4 |
| 6/2/2010 | Cynthia Liebman | MHD - review VHB Summary report, AECOM Dec. 2009 report and Novotny report - assess modeling legitimacy | 3.5 | 3.5 |
| 6/3/2010 | Cynthia Liebman | DOT - review MHD submission and Schueler analysis | 2 | 2 |

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 6/4/2010 | Cynthia Liebman | MHD call - CLF & AG's office re impaired waters | 1 | 1 |
| 6/8/2010 | Cynthia Liebman | Review DOT's June 8 Impaired Waters Filing and draft response strategy | 2 | 2 |
| 6/17/2010* | Cynthia Liebman | emails to EPA and DOT re impaired waters filing, setting up calls 0.2 | 0.2 | 0.2 |
| 6/22/2010 | Cynthia Liebman | Liebman, Padilla Call with DOT - Tori Kim and Bill Hicks | 0.5 | 0.5 |
| 6/22/2010 | Cynthia Liebman | MHD - review impaired waters filing, draft response (block billed) | 0.5 | 0.4 |
| 6/23/2010 | Cynthia Liebman | Review MHD filing, draft impaired waters response (block billed) | 2 | 1.6 |
| 11/8/2010 | Cynthia Liebman | return call to Tori Kim re MHD case status/judgment issue | 0.25 | 0.25 |
| 11/15/2010 | Cynthia Liebman | Call with Tori Kim.  Discuss motion for judgment proposed by Defs. | 0.5 | 0.5 |
| 11/29/2010 | Cynthia Liebman | set up MHD records review at EPA | 0.2 | 0.2 |
| 11/29/2010 | Cynthia Liebman | Review MHD reports at EPA | 0.5 | 0.5 |
| 11/29/2010 | Cynthia Liebman | Review MHD Quarter 1 Report | 1.5 | 1.5 |
| 11/30/2010 | Cynthia Liebman | Review MHD Quarter 1 report on impaired waters | 1 | 1 |
| 11/30/2010 | Cynthia Liebman | conf call with MHD counsel re: motion for judgment | 0.8 | 0.8 |
| 12/3/2010 | Cynthia Liebman | MHD assess impaired waters report compliance with legal regs | 1.5 | 1.5 |
| 1/5/2011 | Cynthia Liebman | MHD - call with Tori Kim and Al Caldarelli | 0.25 | 0.25 |
| 3/2/2011 | Cynthia Liebman | MHD - corresp with opposing counsel re extension | 0.1 | 0.1 |
| 3/3/2011 | Cynthia Liebman | Respond to Tori Kim request re extension (MHD Case) CL/OR conf call 0.2; Check rules/calendar 0.2; Resp to Tori 0.1 | 0.5 | 0.5 |
| 3/4/2011 | Cynthia Liebman | MHD - resp to Tori Kim re Rule 7.1 consultation issue | 0.2 | 0.2 |

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 4/5/2011 | Cynthia Liebman | MHD - call with Tori Kim re status of case | 0.25 | 0.25 |
| 4/7/2011 | Cynthia Liebman | Call with AG's office re MHD reply brief schedule | 0.25 | 0.25 |
| 4/15/2011 | Cynthia Liebman | Call with Tori Kim re MHD - correcting judgment | 0.25 | 0.25 |
| | | **Total** | 33.9 | 33.3 |

*The time spent on this task is listed as 0.2, even though fees are requested for 0.5 hour.

| Date(s) | Timekeeper | Description of Task | CLF Requested Hours | MassDOT Proposed Hours |
|---|---|---|---|---|
| 5/20/2010 | Wendy Miller | Attend meeting with EPA re: Judge's May 2010 Order | 2 | 2 |
| 6/9/2010 | Wendy Miller | t/c w/ C. Liebman re: next steps; review DPT filing/comments rev'd SWMP, etc. | 0.67 | 0.67 |
| 6/9/2010 | Wendy Miller | Cont. review of MassDOT filings re: impaired waters; prepare critical points/issues memo in response | 2.5 | 2.5 |
| | | **Total** | 5.17 | 5.17 |