**EXHIBIT 4: PROPOSED DEDUCTIONS FOR VAGUE, EXCESSIVE, NON-LEGAL TASKS**

| Date | Timekeeper* | Task Description | CLF Requested Hours | MassDOT Proposed Deductions |
|---|---|---|---|---|
| 7/21/2010 | Chris Kilian | MHD - Court Order Review, Emails to Litigation Team | 1 | 1 |
| 7/26/2010 | Chris Kilian | MHD - Review Court Order, Emails in Response | 2 | 1.5 |
| 9/20/2010 | Chris Kilian | MHD - Review Materials for Discussion | 1 | 1 |
| 2/17/2011 | Chris Kilian | MHD - EPA Meeting, Review, Update | 2.5 | 2.5 |
| | | **Total** | 6.5 | 6 |

*Mr. Kilian's remaining monitoring hours after all deductions (22.75 of 32.5 total) should be compensated at two-thirds his requested rate (or $207 per hour).

| Date | Timekeeper | Task Description | CLF Requested Hours | MassDOT Proposed Deductions |
|---|---|---|---|---|
| 8/23/10-9/28/10 | Cynthia Liebman | Non-litigation "monitoring" activity | 5 | 5 |
| 5/18/2010 | Cynthia Liebman | meeting with EPA re MassHighway case (wo/MassDOT) | 2.5 | 2.5 |
| 6/17/2010 | Cynthia Liebman | DOT case-call with EPA .1 | 0.1 | 0.1 |
| 6/18/2010 | Cynthia Liebman | Call with EPA re: DOT impaired waters proposal | 1.5 | 1.5 |
| 12/16/2010 | Cynthia Liebman | CL/WM meeting to Prep for EPA meeting re MHD impaired waters | 1.5 | 1.5 |
| 12/16/2010 | Cynthia Liebman | EPA meeting re: MHD | 1.5 | 1.5 |
| 12/16/2010 | Cynthia Liebman | Report back to team from EPA mtg/next steps on MHD | 0.5 | 0.5 |
| 2/4/2011 | Cynthia Liebman | MHD - review/edit correspondence to EPA re impaired waters | 0.5 | 0.5 |
| 2/9/2011 | Cynthia Liebman | Schedule meeting with EPA re MassHighway | 0.2 | 0.2 |
| 2/10/2011 | Cynthia Liebman | MHD impaired waters letter to EPA - draft/edit | 0.5 | 0.5 |

| Date | Timekeeper | Task Description | | |
|---|---|---|---|---|
| 2/14/2011 | Cynthia Liebman | MHD - edit WAM letter to EPA re impaired waters deficiencies | 0.5 | 0.5 |
| 2/14/2011 | Cynthia Liebman | MHD - edit WAM letter to EPA re impaired waters deficiencies | 1.5 | 1.5 |
| 2/17/2011 | Cynthia Liebman | CL/WM prep for EPA meeting re MHD and walk over | 0.5 | 0.5 |
| 2/17/2011 | Cynthia Liebman | Meeting with EPA re MHD impaired waters | 2.5 | 2.5 |
| 4/5/2011 | Cynthia Liebman | CL/EPA call re MHD case status | 0.33 | 0.33 |
| 4/13/2011 | Cynthia Liebman | MHD - forward filing to EPA / update on case status | 0.2 | 0.2 |
| 4/14/2011 | Cynthia Liebman | Return press calls on MHD Decision | 0.5 | 0.5 |
| | | **Total** | 19.83 | 19.83 |

| *Date* | *Timekeeper* | *Task Description* | *CLF Requested Hours* | *MassDOT Proposed Deductions* | *Alternative: 50% deduction* |
|---|---|---|---|---|---|
| 9/14/10-10/26/10 | Wendy Miller | Non-litigation "monitoring" activity | 11.41 | 11.41 | 11.41 |
| 12/16/2010 | Wendy Miller | Prep. Meeting w/ C.Liebman in advance of EPA meeting on Q1 and Q2 progress report/program issues; draft memo summarizing "big issues" | 1.5 | 1.5 | 1.5 |
| 12/16/2010 | Wendy Miller | Meeting with EPA re: status of MassDOT implementation of SWMP program | 1.42 | 1.42 | 1.42 |
| 12/22/2010 | Wendy Miller | Draft comment letter to EPA re: issues pertaining to Q1 and Q2 progress report implementation | 1.25 | 1.25 | 1.25 |
| 12/22/2010 | Wendy Miller | Cont. to draft EPA comment letter | 1.42 | 1.42 | 1.42 |
| 5/19/10-2/15/11 | Wendy Miller | Remaining monitoring hours (excluding hours in Ex. 3) | 42.08 | 42.08 | 21.04 |
| | | **Total** | 59.08 | 59.08 | 38.04 |