**EXHIBIT 5: PROPOSED DEDUCTIONS - WORK ON MOTION FOR ENTRY OF JUDGMENT**

| *Date* | *Timekeeper* | *Task Description* | *CLF Requested Hours* | *MassDOT Proposed Deduction (50%)* |
|---|---|---|---|---|
| 11/9/2010 | Cynthia Liebman | prep for MHD call-review MHD's filings and SWMP timelines | 0.25 | 0.125 |
| 11/15/2010 | Cynthia Liebman | email to MHD case team updating on motion for judgment status and making recommendations | 0.5 | 0.25 |
| 11/15/2010 | Cynthia Liebman | MHD-call with CK, JP, OR, WM re: motion for entry of judgment | 0.75 | 0.375 |
| 11/15/2010 | Cynthia Liebman | review MHD case notes and filings re: Defs Motion for Judgment conferral | 0.25 | 0.125 |
| 11/23/2010 | Cynthia Liebman | MHD Team call re: motion for entry of judgment | 1 | 0.50 |
| 11/30/2010 | Cynthia Liebman | MHD Team call | 1.5 | 0.75 |
| 11/30/2010 | Cynthia Liebman | research/prep for MHD call-Westlaw research on judgment .3, review notes from calls with opposing counsel .2 (block billed) | 0.3 | 0.15 |
| 12/9/2010 | Cynthia Liebman | MHD Team call re: possible joint motion for judgment/Order | 1 | 0.50 |
| 12/13/2010 | Cynthia Liebman | MHD-call with CRWA re: MHD's impaired waters submission and motion for judgment | 0.7 | 0.35 |
| 12/13/2010* | Cynthia Liebman | MHD motion for judgment--call with Wendy Miller re: status of motion for judgment .1, email to Chris re: same .1, edits to motion for judgment/order/opinion .2, corresp with CRWA re: motion .1, correspondence with EPA re: scheduling meeting to discuss impaired waters submissions .1 | 0.6 | 0.30 |

| Date | Timekeeper | Task Description | CLF Requested Hours | MassDOT Proposed Deduction (50%) |
|---|---|---|---|---|
| 12/14/2010* | Cynthia Liebman | MHD case-call with Chris Kilian re: motion .2, edits to motion .2, write email to team re: outstanding issues .3 | 0.7 | 0.35 |
| 12/21/2010 | Cynthia Liebman | MHD Team call re: motion for judgment | 1 | 0.50 |
| 12/21/2010 | Cynthia Liebman | prep for MHD team call-review notes on impaired waters plan and motion | 0.5 | 0.25 |
| 1/4/2011 | Cynthia Liebman | MHD Team call re: proposed judgment and impaired waters expert evaluation | 1.5 | 0.75 |
| 1/4/2011 | Cynthia Liebman | call with Tom Schueler re: MHD impaired waters | 1 | 0.50 |
| 1/5/2011 | Cynthia Liebman | outline response to MHD motion for judgment (call w/ Wendy) | 0.5 | 0.25 |
| 1/6/2011 | Cynthia Liebman | call with Kate B. @ CRWA and Wendy Miller re: MHD aff | 0.75 | 0.375 |
| 1/6/2011 | Cynthia Liebman | MHD case-email to consultant .2 | 0.2 | 0.10 |
| 1/7/2011 | Cynthia Liebman | MHD - draft response to Defs motion for judgment | 1.25 | 0.625 |
| 1/11/2011 | Cynthia Liebman | MHD Team Call | 1 | 0.50 |
| 1/11/2011 | Cynthia Liebman | MHD motion: review internal memo evaluating DOT's impaired water evals .2, call to CWRA re: their assessment .2, contact Tom Schueler .1 | 0.5 | 0.25 |
| 1/21/2011 | Cynthia Liebman | MHD - review CRWA report on impaired waters plan | 0.2 | 0.10 |
| 1/25/2011 | Cynthia Liebman | MHD call | 1 | 0.50 |
| 1/25/2011 | Cynthia Liebman | call with Tom Schueler re: MHD impaired waters report | 0.5 | 0.25 |
| 1/25/2011 | Cynthia Liebman | call with Tom Schueler re: MHD impaired waters submissions cont'd | 1 | 0.50 |
| 1/25/2011 | Cynthia Liebman | Review MHD motions | 0.7 | 0.35 |

| Date | Timekeeper | Task Description | CLF Requested Hours | MassDOT Proposed Deduction (50%) |
|---|---|---|---|---|
| 1/25/2011 | Cynthia Liebman | email update to CK re: MHD case | 0.3 | 0.15 |
| 1/26/2011 | Cynthia Liebman | CL/WM call re: edits to MHD response to motion for judgment | 0.5 | 0.25 |
| 1/31/2011 | Cynthia Liebman | review Schueler report-MHD motion for judgment | 0.5 | 0.25 |
| 2/1/2011 | Cynthia Liebman | MHD Team | 1 | 0.50 |
| 2/2/2011 | Cynthia Liebman | CL call with Tom Schueler re: MHD impaired waters expert report | 0.6 | 0.30 |
| 2/3/2011 | Cynthia Liebman | File MHD motion for addl time to resp to Mot judgment | 0.5 | 0.25 |
| 2/3/2011 | Cynthia Liebman | MHD response to Mot for Judgment | 1 | 0.50 |
| 2/4/2011 | Cynthia Liebman | MHD response to Mot for Judgment | 0.5 | 0.25 |
| 2/4/2011* | Cynthia Liebman | MHD-response to motion for judgment: Call with KB-.3, email exchange with WAM-.2, call with Wendy-.3, review Schueler Report-.1, discuss motion content-.1 | 1 | 0.50 |
| 2/7/2011 | Cynthia Liebman | MHD response to Mot Judgment/impaired waters- review KB Declaration | 1 | 0.50 |
| 2/7/2011 | Cynthia Liebman | call with KB re: MHD declaration | 0.17 | 0.085 |
| 2/7/2011 | Cynthia Liebman | MHD motion edits | 0.5 | 0.25 |
| 2/8/2011 | Cynthia Liebman | MHD Team call | 0.5 | 0.25 |
| 2/8/2011 | Cynthia Liebman | MHD-legal research for resp to motion for judgment | 2 | 1 |
| 2/17/2011 | Cynthia Liebman | CL/WM confer re: MHD Motion for judgment response | 0.1 | 0.05 |
| 2/23/2011 | Cynthia Liebman | call with T. Schueler re: declaration for MHD case | 0.3 | 0.15 |
| 2/23/2011 | Cynthia Liebman | draft/edit MHD opp to Mot Judgment | 1 | 0.50 |
| 2/23/2011 | Cynthia Liebman | draft/edit MHD opp to Mot Judgment | 2 | 1 |

| Date | Timekeeper | Task Description | CLF Requested Hours | MassDOT Proposed Deduction (50%) |
|---|---|---|---|---|
| 2/24/2011 | Cynthia Liebman | work on MHD response to mot judgment (drafting/editing) | 5.5 | 2.75 |
| 2/24/2011 | Cynthia Liebman | CL/Margaret Vandeusen re: MHD opposition - Bowditch Aff | 0.7 | 0.35 |
| 2/24/2011 | Cynthia Liebman | CL/Owen Russell re: MHD Memo Opp Judgment | 0.5 | 0.25 |
| 2/24/2011 | Cynthia Liebman | draft/edit MHD response to judgment motion | 1 | 0.50 |
| 2/25/2011 | Cynthia Liebman | draft/edit MHD response to Mot Judgment | 8 | 4 |
| 2/25/2011 | Cynthia Liebman | MHD-draft/edit response to Mot Judgment | 1.5 | 0.75 |
| 2/25/2011 | Cynthia Liebman | MHD - file Opposition to Motion Judgment | 0.5 | 0.25 |
| 2/28/2011 | Cynthia Liebman | MHD - call with CRWA re motion and next steps | 1 | 0.50 |
| 2/28/2011 | Cynthia Liebman | T Schueler re: MHD impaired waters/EPA | 0.5 | 0.25 |
| 4/6/2011 | Cynthia Liebman | MHD - review their filing of today | 0.67 | 0.335 |
| 4/7/2011 | Cynthia Liebman | call with Wendy Miller re: MHD .1 | 0.1 | 0.05 |
| 4/10/2011 | Cynthia Liebman | MHD - review Defendants' filing, draft motion for leave to reply + addl time | 3.5 | 1.75 |
| 4/11/2011 | Cynthia Liebman | MHD Team call re Judgment briefing and fees | 1 | 0.50 |
| 4/11/2011 | Cynthia Liebman | Review MHD response brief materials | 0.5 | 0.25 |
| 4/12/2011 | Cynthia Liebman | Review MHD filing / file Leave for Reply Motion | 1 | 0.50 |
| 4/13/2011 | Cynthia Liebman | MHD - internal communication re denial of sur-reply | 0.4 | 0.20 |
| 4/14/2011 | Cynthia Liebman | CL/Owen Russel re: MHD Motion to Alter Judgment | 0.25 | 0.125 |
| 4/15/2011 | Cynthia Liebman | MHD draft motion 59(e) amend judgment | 2 | 1 |
| | | | 61.24 | 30.62 |

*These entries reflect lesser time intervals than the times requested for fees (on the right-hand side of CLF's time sheets). The hours recorded in CLF's task descriptions are shown above.