**EXHIBIT 6: PROPOSED DEDUCTIONS FOR ADMINISTRATIVE TASKS**

| Date | Timekeeper | Task Description | CLF Requested Hours | MassDOT Proposed Deductions |
|---|---|---|---|---|
| 5/24/2010 | Cynthia Liebman | Prepare and transmit MHD research assignment to intern MH | 1 | 1 |
| 6/10/2010 | Cynthia Liebman | schedule MHD team call & set agenda .2 | 0.2 | 0.2 |
| 11/8/2010 | Cynthia Liebman | MHD - review and update case files | 0.5 | 0.5 |
| 11/8/2010 | Cynthia Liebman | call with Wendy Miller re: scheduling/work on MHD case | 0.25 | 0.25 |
| 11/30/2010 | Cynthia Liebman | research/prep for MHD call-Westlaw research on judgment .3, review notes from calls with opposing counsel .2 (block billed) | 0.2 | 0.2 |
| 11/30/2010 | Cynthia Liebman | review notes from MHD call and circulate | 0.5 | 0.5 |
| 2/3/2011 | Cynthia Liebman | MHD Motion-check with court clerk as to status | 0.1 | 0.1 |
| 2/7/2011 | Cynthia Liebman | MHD case plan for week - draft and email to WM | 0.3 | 0.3 |
| 3/10/2011 | Cynthia Liebman | MHD case update to managing atty of CLF MA office | 0.5 | 0.5 |
| | | **Total** | 3.55 | 3.55 |